UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-NG

AIDA GONZALEZ, et al.

    Plaintiffs

v.

CITY OF FITCHBURG, et al.,

    Defendants

DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME

Now come the defendants in the above-captioned action pursuant to Fed.R.Civ.P. 6(b), through special appearance of the undersigned counsel, and hereby more for an enlargement of time of the period within which they must answer or otherwise respond to the Complaint for a period of thirty (30) days up to, and including March 27, 2004.

As grounds therefor, said defendants state that the requested enlargement is necessary to confirm service and representation issues and to provide a reasoned response, through answer or dispositive motion, to the Complaint.

DEFENDANTS,

Through special appearance of counsel,

*Joseph L. Tehan, Jr. (jc)*

Joseph L. Tehan, Jr. (BBO #494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

214760/60700/0001

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 2/27/04