UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-NG

AIDA GONZALEZ, et al.

    Plaintiffs

v.

CITY OF FITCHBURG, et al.,

    Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that she attempted to confer with plaintiff's counsel in regard to defendants' Motion for An Enlargement of Time, by leaving a detailed voice mail message on February 27, 2004. The greeting on plaintiff counsel's answering machine indicated that plaintiff's counsel would be out of the office until March 2, 2004.

DEFENDANTS,

Through special appearance of counsel,

*Jackie Cowin*
Joseph L. Tehan (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

214760/60700/0001

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 2/27/04