# United States District Court

DISTRICT OF __MASSACHUSETTS__

FILED
IN CLERKS OFFICE

AIDA GONZALEZ, ET. AL.

2004 MAR 23 P 12:01   SUMMONS IN A CIVIL CASE

V.

U.S. DISTRICT CASE NUMBER:
DISTRICT OF MASS
CITY OF FITCHBURG, ET. AL.            04-40018

TO: (Name and address of defendant)

JEFFREY HOWE
Fitchburg Police Dept.
20 Elm Street
Fitchburg, MA 01420

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edwin J. Attella
PO Box 255
27B Sterling Street
West Boylston, MA 01583

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                      2-6-04
CLERK                                             DATE

(BY) DEPUTY CLERK  Sherry Jones

This form was electronically produced by Elite Federal Forms, Inc.

517

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                                       02/12/2004

I hereby certify and return that on 02/11/2004 at 01:45pm I served a true
and attested copy of the Summons and Complaint & Jury Demand, Civil Cover
Sheet in this action in the following manner: To wit, by delivering in
hand to CHIEF EDWARD CRONIN, agent, person in charge at the time of service
for JEFFREY HOWE at FITCHBURG POLICE DEPARTMENT - 20 ELM ST, FITCHBURG, MA.
Fees: Service 30.00, Travel 21.12, Conveyance 0.00, Attest 5.00 & Postage
and Handling 1.00, Total fees: $57.12

Deputy Sheriff John J Curran

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                    *Signature of Server*

                                        _____
                                        *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure