# United States District Court

DISTRICT OF __MASSACHUSETTS__

FILED
IN CLERK'S OFFICE

SUMMONS IN A CIVIL CASE

AIDA GONZALEZ, ET. AL.

V.

CITY OF FITCHBURG, ET. AL.

CASE NUMBER: U.S. DISTRICT COURT
DISTRICT OF MASS.

**04-40018-RWG**

TO: (Name and address of defendant)

KERRY SIOMOS, JR.
Fitchburg Police Dept.
20 Elm Street
Fitchburg, MA 01420

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edwin J. Attella
PO Box 255
27B Sterling Street
West Boylstom, MA 01583

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                         2-6-04
CLERK                                                DATE

_Sherry Jones_
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                           02/12/2004

I hereby certify and return that on 02/11/2004 at 01:45pm I served a true and attested copy of the Summons and Complaint & Jury Demand, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to CHIEF EDWARD CRONIN, agent, person in charge at the time of service for KERRY SIOMOS JR at FITCHBURG POLICE DEPARMENT - 20 ELM ST, FITCHBURG, MA. Fees: Service 30.00, Travel 21.12, Conveyance 0.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $57.12

Deputy Sheriff John J Curran

*[signature: John J Curran]*

**Deputy Sheriff**

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
            Date                      Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure