AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 MAR 23 P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

AIDA GONZALEZ ET. AL.

v.

CITY OF FITCHBURG, ET. AL.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

## 04-40018-FDS

TO: (Name and address of defendant)

MICHAEL SEVIGNY
Fitchburg Police Dept.
20 Elm Street
Fitchburg, MA 01420

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edwin J. Attella
PO Box 255
27B Sterling Street
West Boylston, MA 01583

an answer to the complaint which is herewith served upon you, within    20    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

_Sherry Jones_

(BY) DEPUTY CLERK

DATE    2-6-04

This form was electronically produced by Elite Federal Forms, Inc.

517

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

*Worcester, ss*

02/13/2004

I hereby certify and return that on 02/11/2004 at 01:45pm I served a true
and attested copy of the Summons and Complaint & Jury Demand, Civil Cover
Sheet in this action in the following manner: To wit, by delivering in
hand to CHIEF EDWARD CRONIN, agent, person in charge at the time of service
for MICHAEL SEVIGNY at FITCHBURG POLICE DEPARTMENT - 20 ELM ST, FITCHBURG,
MA. Fees: Service 30.00, Travel 21.12, Conveyance 0.00, Attest 5.00 &
Postage and Handling 1.00, Total fees: $57.12

Deputy Sheriff John J Curran

_____
**Deputy Sheriff**

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                          Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure