# United States District Court

DISTRICT OF MASSACHUSETTS

2004 MAR 23 P 12:01

AIDA GONZALEZ, ET. AL.

v.

CITY OF FITCHBURG, ET. AL.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04-40018-

TO: (Name and address of defendant)

Dan H. Mylott
Mayor of the City of Fitchburg
718 Main Street
Fitchburg, MA 01420

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edwin J. Attella
PO Box 255
27B Sterling Street
West Boylston, MA 01583

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY A[NAS]TAS                                 2-6-04
CLERK                                           DATE

_Sherry Jones_
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss                                                      02/12/2004

I hereby certify and return that on 02/11/2004 at 02:00pm I served a true and attested copy of the Summons and Complaint & Jury Demand, Civil Cover Sheet in this action in the following manner: To wit, by delivering in hand to ROBERT A PONTBRIAND, ASSISTANT TO MAYOR, agent, person in charge at the time of service for DAN H. MYLOTT, MAYOR OF THE CITY OF FITCHBURG at 718 MAIN ST, FITCHBURG, MA. Fees: Service 20.00, Travel 21.12, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $49.12

Deputy Sheriff John J Curran

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                        Signature of Server

                                     _____
                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure