UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-NMG

AIDA GONZALEZ, et al.

    Plaintiffs

v.

CITY OF FITCHBURG, et al.,

    Defendants

DEFENDANTS' ASSENTED-TO
MOTION FOR FURTHER
ENLARGEMENT OF TIME

    Now come the defendants in the above-captioned action pursuant to Fed.R.Civ.P. 6(b), through special appearance of the undersigned counsel, and hereby more for a further enlargement of time of the period within which they must answer or otherwise respond to the Complaint for a period of 14 days up to, and including, April 10, 2004.

    As grounds therefor, defendants state that the requested enlargement is necessary to confirm representation issues and to provide a reasoned response to the Complaint. Defendants further state that plaintiffs have assented to this motion.

DEFENDANTS,

Through special appearance of counsel,

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand 3/26/04

Joseph L. Tehan, Jr. (BBO # 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

217350/60700/0539

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-NMG

AIDA GONZALEZ, et al.

    Plaintiffs

v.

CITY OF FITCHBURG, et al.,

    Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that she conferred with plaintiffs' counsel in regard to Defendants' Motion for Further Enlargement of Time on March 26, 2004. Plaintiffs' counsel assented to said motion.

DEFENDANTS,

Through special appearance of counsel,

/s/ Jackie Cowin
Joseph L. Tehan (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on 3/26/04

217350/60700/0539