UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-40018-NMG

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, ) <br> MILBIA VAZQUEZ, ANTHONY GONZALEZ, ) <br> ALEXIS GONZALEZ, ALEXANDER ) <br> GONZALEZ and ADRIAN GONZALEZ ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> CITY OF FITCHBURG, EDWARD GALLANT, ) <br> CHIEF OF POLICE, LINDA SWEARS, ) <br> MICHAEL SEVIGNY, JEFFREY HOWE, ) <br> KERRY SIOMOS, JR., MATTHEW DIBARA, ) <br> ALAN ROSS, THOMAS DAOUST, ) <br> MASSAMONT INS. AGENCY, INC. and/or ) <br> METROGARD INS. and/or DIPLOMAX INS. ) <br> and/or LEGION INS. COMPANY ) <br>     Defendants ) | |

### NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Legion Insurance Company with regard to the above-captioned matter.

Morrison, Mahoney & Miller, LLP

_____
Carole Sakowski Lynch, BBO#547718
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA  01115-5387
(413) 737-4373
(413) 739-3125 (fax)

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 4/6/04