UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-NMG

AIDA GONZALEZ, et al.

Plaintiffs

v.

CITY OF FITCHBURG, et al.,

Defendants

DEFENDANTS' ASSENTED-TO MOTION FOR FURTHER ENLARGEMENT OF TIME

Now come the defendants pursuant to Fed.R.Civ.P. 6(b), and hereby respectfully request that this Honorable Court further extend the time by which they must file their response to the Complaint up to and including May 10, 2004. As grounds therefor, defendants state as follows:

1. The response to the Complaint was originally due on February 27, 2004.

2. This Court has twice allowed defendants' assented-to motions to enlarge the time in which to respond to the Complaint. Most recently, the Court enlarged the time in which to respond up to April 10, 2004.

3. Plaintiffs' counsel has informed defense counsel that he wishes to file an Amended Complaint.

4. In the interests of judicial economy, defense counsel agreed to postpone filing a response to the Complaint so that plaintiffs could file an Amended Complaint without moving the Court to do so.

5. Defendants anticipate that the Amended Complaint will be filed by April 30, 2004, and defendants intend to file their response within 10 days thereafter.

6. Plaintiffs have assented to this motion.

WHEREFORE, the defendants respectfully request that this Court extend the time by which they must file their response to the Complaint up to and including May 10, 2004.

DEFENDANTS,

Through special appearance of counsel,

*Jackie Cowin*

Joseph L. Tehan, Jr. (BBO # 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

218606/60700/0539

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 4/9/04