UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AIDA GONZALEZ, et al.

    Plaintiffs

v.

CITY OF FITCHBURG, et al.,

    Defendants

C.A. NO. 04-40018-NMG

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that she conferred with plaintiffs' counsel in regard to Defendants' Motion for Further Enlargement of Time. Plaintiffs' counsel assented to said motion.

DEFENDANTS,

Through special appearance of counsel,

*/s/ Jackie Cowin*
Joseph L. Tehan (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

21860/660700/0539

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand)(mail) on 4/9/04.