UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018

AIDA GONZALEZ, et al.

Plaintiffs

v.

CITY OF FITCHBURG, et al.

Defendants

## PLAINTIFFS' MOTION TO AMEND COMPLAINT TO ADD PARTY

Now come the Plaintiffs' in the above-captioned action who pursuant to Local Rule 15.1 moves this Honorable Court for leave to amend the complaint first served in this matter to allow for the addition of Fitchburg Police Chief Charles Tasca and to remove reference to Fitchburg Police Chief Edward Gallant. As reasons therefore the Plaintiffs' state that subsequent to issuance of the Complaint the City of Fitchburg notified Plaintiffs' counsel that Chief Gallant had retired at the time of the events complained of and Chief Tasca had assumed control of the Department.

Plaintiffs' further move the Court for leave to amend by removing reference to officer Timothy McDermott in Paragraph 17 of the Complaint whose name appeared in error.

THE PLAINTIFFS'
By Their Attorney,

_____
Edwin J. Attella
27B Sterling Street
PO Box 255
West Boylston, MA 01583
BBO# 636527
Phone (508) 835-5881

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the attorney of record for the Defendants by forwarding same by pre-paid first class mail this date.

_____   4/7/04
Edwin J. Attella              Date