UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-CV-40018-FDS

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ and ADRIAN GONZALEZ<br>Plaintiffs<br><br>v.<br><br>CITY OF FITCHBURG, EDWARD GALLANT, CHIEF OF POLICE, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY<br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF CHANGE OF FIRM NAME

Please note the firm name of counsel for the defendant, Legion Insurance Company, has changed from Morrison, Mahoney & Miller, LLP to:

**MORRISON MAHONEY LLP**

The Defendant
Legion Insurance Company

By Their Attorneys
Morrison Mahoney LLP

_____
Carole Sakowski Lynch, BBO# 547718
1500 Main Street, Suite 2400
P.O. Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (fax)

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by (mail) (by hand) on 7/21/04