AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF *Massachusetts*

AIDA GONZALEZ, ET. AL.

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 04-40018

CITY OF FITCHBURG, ET. AL.

TO: (Name and address of defendant)

Charles Tasca
Fitchburg Police Dept.
20 Elm St.
Fitchburg, MA 01420

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edwin J. Attella
PO Box 255
27B Sterling Street
West Boylston, MA 01583

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS
CLERK

(BY) DEPUTY CLERK

DATE  6/29/04

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN OF SERVICE

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

08/02/2004

I hereby certify and return that on 07/28/2004 at 12:25pm I served a true and attested copy of the Summons & Amended Complaint & Jury Demand, Plaintiff's Motion to Amend Complaint to Additional Party, Certificate of Service in this action in the following manner: To wit, by delivering in hand to CHARLES TASCA at 20 ELM ST, FITCHBURG, MA. Fees: Service 20.00, Travel 14.08, Conveyance 2.00, Attest 5.00 & Postage and Handling 1.00, Total fees: $42.08

Deputy Sheriff John J Curran

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date                     *Signature of Server*

                                         _____
                                         *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure