UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ<br>   Plaintiffs;<br><br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br>   Defendants. | C.A. no. 04-40018-FDS |

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendants, Linda Swears, Michael Sevigny, Jeffrey Howe, Kerry Siomos, Jr., Matthew Dibara, Alan Ross, and Thomas Daqust, in the above-entitled matter.

                                THE DEFENDANTS
                                By their attorneys

/s/Michael J. Akerson                    /s/ Austin M. Joyce

Michael J. Akerson                       Austin M. Joyce
EDWARD P. REARDON, P.C.                  EDWARD P. REARDON, P.C.
397 Grove Street                         397 Grove Street
Worcester, MA 01605                      Worcester, MA 01605
(508) 754-7285                           (508) 754-7285
BBO# 558565                              BBO#: 255040

/s/ John K. Vigliotti                    /s/ Andrew J. Gambaccini

John K. Vigliotti                        Andrew J. Gambaccini
EDWARD P. REARDON, P.C.                  EDWARD P. REARDON, P.C.
397 Grove Street                         397 Grove Street
Worcester, MA 01605                      Worcester, MA 01605
(508) 754-7285                           (508) 754-7285
BBO # 642337                             BBO # 654690

## CERTIFICATE OF SERVICE

I, Austin M. Joyce, hereby certify that a copy of the foregoing Appearance was mailed on this 8th day of September, 2004 via first class mail postage prepaid to all counsel of record as follows:

Edwin J. Attella
27B Sterling Street
P.O. Box 255
West Boylston, MA 01583

By: _____
Austin M. Joyce