UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALDA GONZALEZ, et al.       )
    Plaintiffs;              )
                             )
v.                          )   C.A. no. 04-40018-FDS
                             )
CITY OF FITCHBURG, et al    )
    Defendants.              )
                             )

## JOINT STATEMENT

Pursuant to Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above named parties have conferred and state as follows:

1. **Joint Discovery Plan and Motion Schedule**

(a) Automatic disclosures to be completed on or before November 1, 2004;

(b) Written discovery requests are to be filed by December 6, 2004, and answers/responses to be filed within the time provided by the rules;

(c) All depositions are to be completed by July 29, 2005; except for expert witnesses;

(d) The plaintiffs' expert witnesses shall be designated by August 31, 2005, and defendants' expert witnesses shall be designated within 30 days after plaintiff discloses said expert(s) as contemplated by Fed. R. Civ. P. 26 (b) (4) (A) (I); designation of experts shall include provision of any information required by Federal Rules of Civil Procedure and/or Local Rules of the District of Massachusetts; any expert depositions shall be completed within 30 days of defendants' expert designation;

(e) All dispositive motions are to be filed by September 30, 2005, and responses are to be filed thirty days thereafter pursuant to Local Rule 7.1; the Court shall set a hearing date.

(f) The plaintiff shall name other parties, if any, no later than March 1, 2005;

(g) A final pre-trial conference will be held per order of the Court;

2. **Depositions**

Defendants intend to take approximately 10 depositions during the discovery period. Plaintiff intends to take approximately 2 depositions during the discovery period.

3. **Certifications**

Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

4. **Magistrate Judge**

The parties have not decided as to whether or not to consent to trial by a Magistrate Judge.

| THE DEFENDANTS, | THE DEFENDANTS, |
|---|---|
| Linda Swears, Thomas Daoust, Kerry Siomos, Jr., Jeffrey Howe, Michael Sevigny, Matthew Dibara, and Alan Ross By their attorney, | City of Fitchburg and Charles Tasca, By their attorney, |
| /s/Austin M. Joyce | /s/ Joseph L. Tehan, Jr. |
| Austin M. Joyce, Esq. EDWARD P. REARDON, P.C. 397 Grove Street Worcester, MA 01605 (508) 754-7285 BBO#: 255040 | Joseph L. Tehan, Jr. Kopelman and Paige, P.C. 31 St. James Avenue Boston, MA 02116 (617) 556-0007 BBO#494020 |

THE PLAINTIFFS,
Alda Gonzalez, Antonio Gonzalez,
Milbia Vazquez, Anthony Gonzalez,
Alexis Gonzalez, Alexander
Gonzalez, and Adrian Gonzalez
By their attorney,

/s/ Edwin J. Attella, Esq.

Edwin J. Attella, Esq.
P.O. Box 255
27B Sterling Street
West Boylston, MA 01583
(508) 835-5881
BBO#636527