UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-NMG

---

AIDA GONZALEZ, ANTONIO GONZALEZ,
MILBIA VAZQUEZ, ANTHONY GONZALEZ,
ALEXIS GONZALEZ, ALEXANDER
GONZALEZ, and ADRIAN GONZALEZ,

                Plaintiffs

v.

CITY OF FITCHBURG, CHARLES TASCA,
Chief of Police, LINDA SWEARS, MICHAEL
SEVIGNY, JEFFREY HOWE, KERRY SIOMOS,
JR., MATTHEW DIBARA, ALAN ROSS,
THOMAS DAOUST, TIMOTHY McDERMOTT,
MASSAMONT INS. AGENCY, INC. and/or
METROGARD INS. and/or DIPLOMAX INS.
and/or LEGION INS. COMPANY,

                Defendants

---

DEFENDANT, CITY OF
FITCHBURG'S L.R. 16.1(D)(3)
CERTIFICATE _____

       Now come defendant, City of Fitchburg and the undersigned counsel and hereby affirm that they have conferred:

      (a)     with a view to establishing a budget for the costs of conducting the full

              course - and various alternative courses - of the litigation; and

      (b)     to consider the resolution of the litigation through the use of alternative

              dispute resolution programs such as those outlined in L.R. 16.4.

DEFENDANT,
CITY OF FITCHBURG,

_____
Edward F. Cronin, Chief of Police

COUNSEL TO DEFENDANT,
CITY OF FITCHBURG

_____
Joseph L. Tehan, Jr.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

231355/METG/0539 **CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on _10/11/04_____
_____