UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-NMG

AIDA GONZALEZ, ANTONIO GONZALEZ,
MILBIA VAZQUEZ, ANTHONY GONZALEZ,
ALEXIS GONZALEZ, ALEXANDER
GONZALEZ, and ADRIAN GONZALEZ,

    Plaintiffs

v.

CITY OF FITCHBURG, CHARLES TASCA,
Chief of Police, LINDA SWEARS, MICHAEL
SEVIGNY, JEFFREY HOWE, KERRY SIOMOS,
JR., MATTHEW DIBARA, ALAN ROSS,
THOMAS DAOUST, TIMOTHY McDERMOTT,
MASSAMONT INS. AGENCY, INC. and/or
METROGARD INS. and/or DIPLOMAX INS.
and/or LEGION INS. COMPANY,

    Defendants

DEFENDANT, CHARLES TASCA
L.R. 16.1(D)(3) CERTIFICATE

Now come defendant, Charles Tasca and the undersigned counsel and hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_/s/ Charles Tasca_
Charles Tasca

COUNSEL TO DEFENDANT,
CHARLES TASCA,

_/s/ Joseph L. Tehan, Jr._
Joseph L. Tehan, Jr.
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

231357/METG/0259

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 10/1/04