UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ<br>    Plaintiffs;<br><br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br>    Defendants. | C.A. no. 04-40018FDS |

### CERTIFICATION OF DEFENDANT THOMAS DAOUST

The undersigned party and his counsel hereby affirm that they conferred:

(a)    regarding the conduct of the full course, and various alternative courses, for the litigation; and

(b)    to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Thomas Daoust

_____
Austin M. Joyce, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO#: 255040