# UNITED STATES DISTRICT COURT

District of MASSACHUSETTS

Gonzalez

- v -

City of Fitchburg et al

**APPEARANCE**

CASE NUMBER: 04-CV-40018-NMG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Massamount Ins. Agency and/or Metroquest Ins. and/or Diplomat Ins. and/or Legion Ins. Co.

I certify that I am admitted to practice in this court.

10/12/04
Date

Signature

Laurie M. Fowler
Print Name

649557
Bar Number

1500 Main St
Address

Springfield    MA    01115
City           State  Zip Code

(413) 737-4373        (413) 239-3125
Phone Number          Fax Number

Filed in open Court 10/12/04