# THE LAW OFFICES OF EDWIN J. ATTELLA
## P.O. BOX 255
### WEST BOYLSTON, MA 01583

Edwin J. Attella, Attorney at Law

Telephone:
(508) 835-5881

Fax:
(508) 835-7880

United States District Court
Office of the Clerk
595 Main Street
Worcester, MA 01608

October 15, 2004

RE: Gonzalez v. City of Fitchburg, et al, CA no. 04-40018-FDS

Dear Sir or Madam:

Pursuant to an order of the Court that the parties decide by 10/15/04 as to whether or not to consent to trial by a Magistrate Judge in the above referenced matter, per Local Rule 16.1(B)(3), having had no further communication with defense counsel, the Plaintiffs would not consent to trial by a Magistrate Judge.

If you have any questions, or require additional information, please do not hesitate to contact me.

Very Truly Yours,

Edwin J. Attella

# CERTIFICATE OF SERVICE

I, Edwin J. Attella, hereby certify that a true copy of the foregoing was mailed this 15th day of October, 2004, first class mail, postage prepaid, to all counsel of record.

Edwin J. Attella