UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-40018

AIDA GONZALEZ, et al.

Plaintiffs

v.

CITY OF FITCHBURG, et al.

Defendants

## PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO EFFECTUATE FURTHER SERVICE OF PROCESS OF THEIR COMPLAINT ON DEFENDANTS LEGION INS. COMPANY and/or MASSAMONT INS. AGENCY, INC., METROGARD INS. AND DIPLOMAX INS.

Now come the Plaintiffs' in the above-captioned action and pursuant to Local Rule 4.1 moves this Honorable Court under Fed. R. Civ. P. 6(b) for enlargement of time to effectuate service of process of their complaint on Defendants Legion Ins. Co. and/or Massamont Ins. Agency, Inc., Metrogard Ins. and Diplomax Ins.. As reasons therefore Plaintiff's counsel has attached hereto a supporting affidavit as required under Local Rule 4.1(b).

THE PLAINTIFFS'
By Their Attorney

Edwin J. Attella
27B Sterling Street
PO Box 255
West Boylston, MA 01583
BBO# 636527
Phone (508) 835-5881

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-40018

AIDA GONZALEZ, et al.

      Plaintiffs

v.

CITY OF FITCHBURG, et al.

      Defendants

## AFFIDAVIT OF ATTORNEY EDWIN J. ATTELLA IN SUPPORT OF PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO EFFECTUATE SERVICE OF PROCESS

I, Attorney Edwin J. Attella, hereby depose and say as follows:

1. I am counsel for the Plaintiffs in the above captioned matter.

2. Up until on or about the date of the Scheduling Conference in this matter, October 12, 2004, I believed that Morrison Mahoney, LLP, represented Legion Ins. Company and each of the Defendant Insurance Companies set forth in this motion.

3. Shortly before the Scheduling Conference I received notice from Attorney Carole Lynch of Morrison Mahoney that her firm represented only Legion Ins. Co.

4. Upon information and belief the Courts Docket indicates that Morrison Mahoney, LLP represents all the Defendants set forth in this motion.

5. I found this confusing in that the original service of process was served on Massamont Ins. Agency, but answered by Legion Ins. Company

6. Massamont was served because they responded on behalf of the City of Fitchburg to my Presentment Letter under MGL c.258 s.4.

7. The letter head on which Massamont responded included the names of Metrogard Ins. and Diplomax Ins.

8. I was aware of Legion Ins. Company by virtue of the fact that a representative from Legion initially responded to my MGL c.258 s.4 letter by calling me to advise me that they were in receivership.

9. Because of the confusing nature of the relationship all of these parties, I raised this issue at the Scheduling Conference.

10. Attorney Lynch was unable to attend the Scheduling Conference but her associate, who did appear, agreed to look into the matter and advise this office as to the status of their representation.

11. To date I have received no clarification in this regard.

12. Considering the Courts Scheduling Order requiring all requests for leave to Amend the Complaint or add parties to be filed by 12/31/04, I have filed this motion.

Signed under the pains and penalties of perjury this 28th day of December 2004.

_____
Edwin J. Attella
Counsel for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing ~~disclosures~~ MOTION was served upon the attorney of record for the defendants by forwarding same by pre-paid first class mail this date to:

Austin M. Joyce, Esq.
EDWARD P. REARDON, PC
397 Grove Street
Worcester, MA 01605

Joseph L. Tehan, Esq.
KOPELMAN & PAIGE
31 St. James Avenue
Boston, MA 02116-4102

Carole Sakowski Lynch
MORRISON MAHONEY LLP
1500 Main Street, Suite 2400
Springfield, MA 01115-5387

_____  12/28/04
Edwin J. Attella          Date