UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,<br><br>            Plaintiffs<br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br><br>            Defendants | DEFENDANTS CITY OF FITCHBURG AND CHARLES TASCA'S MOTION TO ENLARGE TIME FOR FILING MOTION TO COMPEL |

Now come defendants City of Fitchburg and Charles Tasca (collectively, the "City) and hereby request that this Honorable Court enlarge the time for filing Motions to Compel Discovery by 16 days, up to and including June 16, 2005, to allow the City to file a Motion to Compel certain plaintiffs in this matter to appear at deposition.[1]  As grounds therefor, the City states as follows:

1.      In this case, plaintiffs assert civil rights violations against the City of Fitchburg and members of its police department.

2.      The Court's Scheduling Order calls for all Motions to Compel Discovery to be filed by the close of fact discovery. Fact discovery closed in this case on May 31, 2005.

---

[1] Said Motion is filed provisionally herewith.

3. On March 11, 2005, defense counsel served on plaintiffs' counsel deposition notices for the seven plaintiffs in this action, scheduling said depositions for May 24, 2005 through May 27, 2005.

4. On May 9, 2005, plaintiffs' counsel informed defense counsel that some plaintiffs were out of state and may be unavailable for deposition on the above-referenced dates. However, the whereabouts and availability of each plaintiff were not clear at that time.

5. Subsequently, plaintiffs' counsel and defense counsel conferred several times regarding the whereabouts and availability of plaintiffs for deposition. Specifically, plaintiffs' counsel and defense counsel conferred on May 11, May 16, May 17, and May 19.

6. During the above-referenced conferrals, plaintiffs' counsel reiterated that some of his clients were out of state; however, it remained unclear that said plaintiffs were out of state permanently and would not be available for deposition at all.[2]

7. On May 26 and May 27, the depositions of plaintiffs Milbia Vazquez, Alexis Gonzalez, Alexander Gonzalez and Adrian Gonzalez were conducted. (At plaintiffs' request, these depositions were conducted at a site near plaintiffs' homes).

8. At that time, plaintiffs' counsel informed defense counsel that Aida Gonzalez, Antonio Gonzalez, and Anthony Gonzalez currently reside out of state and would not appear for deposition.

---

[2] Defense counsel notes that, at the time the depositions were noticed, two of the plaintiffs were in Iraq, but returned to the area prior to the deposition dates.

9. Depositions of these three plaintiffs are necessary to put the City on proper notice of the facts supporting each plaintiff's claims, and avoid unfair surprise to the City by allowing plaintiffs to proffer facts, either through affidavits at the dispositive motion stage or live testimony at trial, from plaintiffs who were not deposed.

10. The City submits that it has not unduly delayed filing a Motion to Compel, insofar as it was not clear that plaintiffs would not appear at deposition until just before the close of fact discovery.

11. The City further submits that no prejudice to any party shall result from the allowance of this motion.

WHEREFORE, defendants City of Fitchburg and Charles Tasca respectfully request that this Court enlarge the time for filing Motions to Compel Discovery by 16 days, up to and including June 16, 2005, to allow the City to file a Motion to Compel Aida Gonzalez, Antonio Gonzalez, and Anthony Gonzalez to appear at deposition.

DEFENDANTS

CITY OF FITCHBURG
AND CHARLES TASCA,

By their attorneys,

/s/ Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

253561/Metg/0539