UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,<br><br>    Plaintiffs<br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br><br>    Defendants | DEFENDANTS CITY OF FITCHBURG AND CHARLES TASCA'S MOTION TO COMPEL APPEARANCE AT DEPOSITION |

    Now come defendants City of Fitchburg and Charles Tasca (collectively, the "City"), pursuant to Fed.R.Civ.P. 37(a)(2)(B), and hereby move this Honorable Court for an order compelling plaintiffs Aida Gonzalez, Antonio Gonzalez, and Anthony Gonzalez to appear for deposition, in Massachusetts, in the above-referenced case. As grounds therefor, the City states as follows:

    1.    In this case, plaintiffs assert civil rights violations against the City of Fitchburg and members of its police department.

    2.    On March 11, 2005, defense counsel served on plaintiffs' counsel deposition notices for the seven plaintiffs in this action, scheduling said depositions for May 24, 2005 through May 27, 2005.

3. The depositions of plaintiffs Milbia Vazquez, Alexis Gonzalez, Alexander Gonzalez and Adrian Gonzalez were conducted on May 26 and May 27.

4. Plaintiffs' counsel has informed defense counsel that Aida Gonzalez currently resides in California and will not attend deposition in Massachusetts.

5. Plaintiffs' counsel has further informed defense counsel that Antonio Gonzalez and Anthony Gonzalez currently reside in Florida and will not attend deposition in Massachusetts.[1]

6. A deposition of each of the above-named plaintiffs is necessary so that the City may determine what (if any) facts each plaintiff possesses supporting his or her claims, and fully and adequately prepare a defense to said claims.

7. A deposition of each of these plaintiffs is also necessary to put the City on proper notice of the facts supporting each plaintiff's claims, and avoid unfair surprise to the City by allowing said plaintiffs to proffer facts, either through affidavits at the dispositive motion stage or live testimony at trial, from plaintiffs who were not deposed.

---

[1] Plaintiffs' counsel had informed defense counsel, prior to the scheduled deposition dates, that Aida, Antonio and Anthony were out of state; however, it was not clear until the scheduled deposition dates that said plaintiffs were out of state permanently and would not be available for deposition in Massachusetts.

2

8. Accordingly, the City seeks an order, compelling plaintiffs Aida Gonzalez, Antonio Gonzalez, and Anthony Gonzalez to appear for deposition in Massachusetts. In the alternative, the City seeks dismissal of said plaintiffs from this action.

DEFENDANTS,

CITY OF FITCHBURG
AND CHARLES TASCA,

By their attorneys,

/s/ Jackie Cowin
Joseph L. Tehan, Jr. (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

253463/Metg/0539