UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,<br><br>    Plaintiffs<br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br><br>    Defendants | CERTIFICATE OF COMPLIANCE<br>WITH LOCAL RULE 7.1(A)(2) |

    Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, counsel for defendants City of Fitchburg and Charles Tasca (collectively the "City") hereby certifies that she conferred with counsel for plaintiffs and counsel for co-defendants in regard to the City's Motion to Compel Appearance at Deposition and Motion to Enlarge Time for Filing Motion to Compel. The conferral with plaintiffs' counsel did not result in a narrowing or resolution of the matters contained therein. Co-defendants' counsel indicated that he assented to the motions.

    DEFENDANTS,

    CITY OF FITCHBURG
    AND CHARLES TASCA,

    By their attorneys,

    /s/Jackie Cowin
    Joseph L. Tehan, Jr. (BBO# 494020)
    Jackie Cowin (BBO# 655880)
    Kopelman and Paige, P.C.
    31 St. James Avenue
    Boston, MA 02116
    (617) 556-0007

253729/METG/0629