UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-40018-FDS

_____

AIDA GONZALEZ, et al.

      Plaintiffs

v.

CITY OF FITCHBURG, et al.

      Defendants

_____

## PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO COMPEL APPEARANCE AT DEPOSITION

Now come the Plaintiffs' in the above-captioned action and moves that this Honorable Court deny the Defendants Motion to Compel the appearance of Aida Gonzalez, Antonio Gonzalez and Anthony Gonzalez to appear for deposition in Massachusetts.. As reasons therefor, the Plaintiffs' state as follows:

1.    The Courts Scheduling Order requires that all Motions to Compel discovery be filed by close of fact discovery, which closed in this case on May 31, 2005.

2.    Such time has passed.

3.    On October 12, 2004, Plaintiffs', by their attorney, informed the Court and Opposing Counsel that Anthony Gonzalez and Alexis Gonzalez were serving in the United States Army in Iraq and that it was uncertain when or if they were returning to this area.

4.    On October 12, 2004, Plaintiffs, by their attorney, informed the Court and Opposing Counsel that Aida Gonzalez does not reside in Massachusetts, and that

upon information and belief she has never resided in Massachusetts, and that she resided in Puerto Rico.

5.     Since such time Aida Gonzalez has moved to California.

6.     By March 11, 2005, when Defense Counsel served deposition notices on the 7 Plaintiffs' in this matter, Antonio, Alexis and Anthony Gonzalez no longer resided in Massachusetts.

7.     On May 27, 2005 Alexis Gonzalez was visiting here in Massachusetts and appeared for the taking of his deposition along with his Mother, Milbia Vazquez and his Brothers, Adrian and Alexander Gonzalez.

8.     On June 3, 2004 the rest of the Gonzalez Family moved to Florida.

9.     None of the Plaintiffs' object to the taking of their depositions. However they do object to being compelled to appear for the taking of their depositions in Massachusetts, as it would be an undue hardship on them.

10.     Such hardships would include but not be limited to being forced to travel more than 100 miles to attend such depositions, the expense involved with coming to and from Massachusetts, staying in a hotel, renting transportation and, in the cases of Antonio and Anthony Gonzalez, taking time off from their work.

11.     None of the Plaintiffs' object to the taking of their depositions telephonically, as allowed for, upon order of the Court, under FRCP 30(b)(7).

12.     Plaintiffs' counsel hereby advises Opposing Counsel that a Spanish interpreter will be required upon the taking of the depositions of Antonio and Aida Gonzalez.

13.    The Plaintiffs' are not refusing to answer questions propounded under the rules,

nor have any of the Plaintiffs' deposed failed to answer questions as set forth

under Fed.R.Civ.P 37(a)(2)(B) and therefor such rule is not applicable.


For all the reasons set forth above the Plaintiffs' Aida, Antonio and Anthony

Gonzalez respectfully request that this Honorable Court deny the Defendants Motion to

Enlarge Time for Filing Motion to Compel.


                                        THE PLAINTIFFS'
                                        By Their Attorney,    6/28/05

                                        _____
                                        Edwin J. Attella
                                        27B Sterling Street
                                        PO Box 255
                                        West Boylston, MA 01583
                                        BBO# 636527
                                        Phone (508) 835-5881

3

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the attorney of record for the defendants by forwarding same by pre-paid first class mail this date to:

Austin M. Joyce, Esq.
EDWARD P. REARDON, PC
397 Grove Street
Worcester, MA 01605

Joseph L. Tehan, Esq.
KOPELMAN & PAIGE
31 St. James Avenue
Boston, MA 02116-4102

Edwin J. Attella          Date 6/28/05