UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-40018-FDS

AIDA GONZALEZ, et al.

    Plaintiffs

v.

CITY OF FITCHBURG, et al.

    Defendants

## PLAINTIFFS' OPPOSITION TO DEFENDANTS MOTION TO ENLARGE TIME FOR FILING MOTION TO COMPEL

Now come the Plaintiffs' in the above-captioned action and moves that this Honorable Court deny the Defendants Motion to Enlarge Time for Filing its Motion to Compel by 16 days. As reasons therefor, the Plaintiffs' state as follows:

1. The Courts Scheduling Order requires that all Motions to Compel discovery be filed by close of fact discovery, which closed in this case on May 31, 2005.

2. Such time has passed.

3. On October 12, 2004, Plaintiffs', by their attorney, informed the Court and Opposing Counsel that Anthony Gonzalez and Alexis Gonzalez were serving in the United States Army in Iraq and that it was uncertain when or if they were returning to this area.

4. On October 12, 2004, Plaintiffs, by their attorney, informed the Court and Opposing Counsel that Aida Gonzalez does not reside in Massachusetts, and that upon information and belief she has never resided in Massachusetts, and that she resided in Puerto Rico.

5. Since such time Aida Gonzalez has moved to California.

6. By March 11, 2005, when Defense Counsel served deposition notices on the 7 Plaintiffs' in this matter, Antonio, Alexis and Anthony Gonzalez no longer resided in Massachusetts.

7. On May 27, 2005 Alexis Gonzalez was visiting here in Massachusetts and appeared for the taking of his deposition along with his Mother, Milbia Vazquez and his Brothers, Adrian and Alexander Gonzalez.

8. On June 3, 2004 the rest of the Gonzalez Family moved to Florida.

9. None of the Plaintiffs' object to the taking of their depositions. However they do object to being compelled to appear for the taking of their depositions in Massachusetts, as it would be an undue hardship on them.

10. Such hardships would include but not be limited to being forced to travel more than 100 miles to attend such depositions, the expense involved with coming to and from Massachusetts, staying in a hotel, renting transportation and, in the cases of Antonio and Anthony Gonzalez, taking time off from work.

11. None of the Plaintiffs' object to the taking of their depositions telephonically, as allowed for, upon order of the Court, under FRCP 30(b)(7).

12. Plaintiffs' counsel hereby advises Opposing Counsel that a Spanish interpreter will be required upon the taking of the depositions of Antonio and Aida Gonzalez.

For all the reasons set forth above the Plaintiffs' Aida, Antonio and Anthony Gonzalez respectfully ask this Honorable Court to deny the Defendants Motion to Enlarge Time for Filing Motion to Compel.

THE PLAINTIFFS',
By Their Attorney,

*[signature]* 6/29/05

Edwin J. Attella
27B Sterling Street
PO Box 255
West Boylston, MA 01583
BBO# 636527
Phone (508) 835-5881

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the attorney of record for the defendants by forwarding same by pre-paid first class mail this date to:

Austin M. Joyce, Esq.
EDWARD P. REARDON, PC
397 Grove Street
Worcester, MA 01605

Joseph L. Tehan, Esq.
KOPELMAN & PAIGE
31 St. James Avenue
Boston, MA 02116-4102

_____  6/28/05
Edwin J. Attella    Date