UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,<br><br>          Plaintiffs<br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br><br>          Defendants | JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES |

Now come the parties to the above-captioned matter, and hereby respectfully request that this Honorable Court extend the deadlines set forth in the Scheduling Order and postpone the Pre-Trial Conference, which is presently scheduled for November 9, 2005.[1]  As grounds therefor, the parties state as follows:

1. The original Scheduling Order provided for all fact discovery, including depositions, to be concluded by May 31, 2005, and dispositive motions to be filed by September 30, 2005.  See Docket for Case No. 04-cv-40018, Entry No. 33.

2. On June 16, 2005, defendants City of Fitchburg and Charles Tasca moved to compel three of the plaintiffs, who had moved out of state, to appear at deposition in Massachusetts.  On August 30, 2005, the Court allowed the motion to compel. See Docket, Entry Nos. 39, 44.  (The City and Tasca also moved to enlarge the

---

[1] The parties to this motion are the plaintiffs, the City of Fitchburg, and the individual defendants.  The case against the defendant insurance companies has been stayed by this Court.

        Scheduling Order to allow for the late filing of the motion to compel.  The motion to enlarge was also allowed).

3. Thereafter, plaintiffs' counsel informed counsel for the City and Tasca that the out-of-state plaintiffs would be unable to appear for deposition in Massachusetts until December.  Counsel for the City and Tasca agreed to postpone the depositions until these plaintiffs traveled to Massachusetts in December.

4. Depositions of the out-of-state plaintiffs are necessary for the City and Tasca to determine whether a dispositive motion is appropriate, to narrow the scope of any such motion, and to prepare an adequate defense for trial, if necessary.

5. Therefore, the parties jointly request that the deadlines in the Scheduling Order be reset as follows:

   a. Written Discovery and Depositions to be concluded by December 31, 2005

   b. Dispositive Motions to be filed by January 31, 2006, with oppositions to be filed by February 15, 2006;

   c. Pre-Trial Conference on or after February 28, 2006, in the discretion of the Court.

WHEREFORE, the parties respectfully request that the Court reset the Scheduling Order deadlines in the manner set forth in Paragraph 5, above.

| PLAINTIFFS | CITY OF FITCHRBURG AND CHARLES TASCA |
|---|---|
| By their attorney, | By their attorneys, |
| /s/Edwin J. Attella/JC<br>Edwin J. Attella<br>PO Box 255<br>West Boylston, MA 01583<br>(508) 835-5881 | /s/Jackie Cowin<br>Joseph L. Tehan, Jr. (BBO #494020)<br>Jackie Cowin (BBO# 655880)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

INDIVIDUAL DEFENDANTS

By their attorney,

/s/Austin M. Joyce/JC
Austin M. Joyce
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester MA 01605

265045/METG/0539