UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

AIDA GONZALEZ, ANTONIO GONZALEZ,
MILBIA VAZQUEZ, ANTHONY GONZALEZ,
ALEXIS GONZALEZ, ALEXANDER
GONZALEZ, and ADRIAN GONZALEZ,

            Plaintiffs

v.                                                      CERTIFICATE OF COMPLIANCE
                                                        WITH LOCAL RULE 7.1(A)(2)

CITY OF FITCHBURG, CHARLES TASCA,
Chief of Police, LINDA SWEARS, MICHAEL
SEVIGNY, JEFFREY HOWE, KERRY SIOMOS,
JR., MATTHEW DIBARA, ALAN ROSS,
THOMAS DAOUST, MASSAMONT INS.
AGENCY, INC. and/or METROGARD INS.
and/or DIPLOMAX INS. and/or LEGION INS.
COMPANY,

            Defendants

        Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of

Massachusetts, the undersigned hereby certifies that she conferred with counsel for plaintiffs in

regard to the Municipal Defendants' Motion to Dismiss Pursuant to Fed.R.Civ.P. 37(b)(2)(C) on

December 15, 2005.  The parties were unable to narrow or resolve the matters contained therein.

                                        /s/Jackie Cowin
                                        Jackie Cowin (BBO# 655880)
                                        Kopelman and Paige, P.C.
                                        31 St. James Avenue
                                        Boston, MA 02116
                                        (617) 556-0007

269022/METG/0539