UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,<br><br>    Plaintiffs<br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br><br>    Defendants | MUNICIPAL DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED.R.CIV.P. 37(b)(2)(C) |

Now come the defendants, City of Fitchburg and Charles Tasca (collectively, the "City"), and hereby move, pursuant to Fed.R.Civ.P. 37(b)(2)(C), that this Honorable Court dismiss the claims of plaintiffs Aida Gonzalez, Antonio Gonzalez, and Anthony Gonzalez from the above-captioned matter.[1]  As grounds therefor, the City states that these plaintiffs have failed to appear at deposition, despite a Court order compelling their appearance.  As further grounds therefor, the City states as follows:

1.    In this case, plaintiffs assert civil rights violations against the City of Fitchburg and members of its police department.

2.    On June 16, 2005, the City moved this Court to compel plaintiffs Aida Gonzalez, Antonio Gonzalez, and Anthony Gonzalez to appear for deposition, in Massachusetts.  The City filed said motion after learning

---

[1] The remaining municipal defendants, Linda Swears, Michael Sevigny, Jeffrey Howe, Kerry Siomos, Jr., Matthew DiBara, Alan Ross, and Thomas Daoust, join in this motion through the undersigned separate counsel.

|   |   |
|---|---|
|   | that said plaintiffs currently reside in other states and would not attend deposition in Massachusetts. |
| 3. | On August 30, 2005, the Court allowed the City's motion to compel.  See Docket for Case No. 04-40018. |
| 4. | Shortly thereafter, the City re-noticed the depositions for the above-named plaintiffs for October 4, 2005.  Exhibit A. |
| 5. | On September 30, 2005, plaintiffs' counsel informed defense counsel that plaintiffs were unable to attend the October 4, 2005 depositions. |
| 6. | On October 27, 2005, defense counsel wrote to plaintiffs' counsel, inquiring as to possible dates for rescheduling the depositions in question. Exhibit B. |
| 7. | Thereafter, plaintiffs' counsel and defense counsel conferred several times in an effort to reschedule the depositions.  Specifically, plaintiffs' counsel and defense counsel conferred on November 16, November 21, November 22, and November 29, 2005. |
| 8. | On November 29, 2005, plaintiffs' counsel and defense counsel agreed to hold the depositions on December 15, 2005.  Exhibit C. |
| 9. | However, on December 8, 2005, plaintiffs' counsel informed defense counsel that plaintiffs would not appear for the December 15, 2005 depositions. |
| 10. | Plaintiffs' counsel offered to reschedule the depositions for a date in January, 2006.  However, there is no indication that plaintiffs, who have already failed to appear for deposition three times, will appear for |

       deposition at any time. Moreover, discovery, which has already been extended once, is scheduled to close on December 31, 2005.

11.     The City is manifestly prejudiced by the failure of these plaintiffs to appear at deposition and reveal what information (if any) each possesses in support of his or her claims. Without learning such information prior to trial (or submission of dispositive motion), the City cannot prepare an adequate defense.[2]

12.     Fed.R.Civ.P. 37(b)(2)(C) provides that, if a party fails to obey an order to provide discovery, the Court may "make such orders … as are just [including] dismissing the action …"

13.     Therefore, the City requests dismissal of all claims brought by these plaintiffs, pursuant to Fed.R.Civ.P. 37(b)(2)(C).

14.     Further, defendants Linda Swears, Michael Sevigny, Jeffrey Howe, Kerry Siomos, Jr., Matthew DiBara, Alan Ross, and Thomas Daoust request dismissal of all claims brought by the above plaintiffs, for the reasons stated above.

---

[2] The City notes that plaintiffs have also failed to respond to the City's written discovery requests, despite the City's repeated attempts to obtain such responses.

4

WHEREFORE, the municipal defendants respectfully request that this Court dismiss the claims of plaintiffs Aida Gonzalez, Antonio Gonzalez, and Anthony Gonzalez, for failure to appear at deposition.

| DEFENDANTS | DEFENDANTS |
|---|---|
| LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR. MATTHEW DIBARA, ALAN ROSS, AND THOMAS DAOUST | CITY OF FITCHBURG AND CHARLES TASCA, |
| By their attorney, | By their attorneys, |
| /s/Austin M. Joyce /jc<br>Austin M. Joyce (BBO#255040)<br>Reardon, Joyce and Akerson, P.C.<br>397 Grove Street<br>Worcester, MA 01605<br>(508) 754-7285 | /s/Jackie Cowin<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Jackie Cowin (BBO# 655880)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

268995/METG/0539

4