UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

AIDA GONZALEZ, ANTONIO GONZALEZ,
MILBIA VAZQUEZ, ANTHONY GONZALEZ,
ALEXIS GONZALEZ, ALEXANDER
GONZALEZ, and ADRIAN GONZALEZ,

Plaintiffs

v.

CITY OF FITCHBURG, CHARLES TASCA,
Chief of Police, LINDA SWEARS, MICHAEL
SEVIGNY, JEFFREY HOWE, KERRY
SIOMOS, JR., MATTHEW DIBARA, ALAN
ROSS, THOMAS DAOUST, MASSAMONT
INS. AGENCY, INC. and/or METROGARD
INS. and/or DIPLOMAX INS. and/or LEGION
INS. COMPANY,

Defendants

RE-NOTICE OF TAKING
DEPOSITION

TO:   Edwin J. Attella, Esq.
      PO Box 255
      West Boylston, MA 01583

Please take notice that at **10:00 a.m.** on **Tuesday, October 4, 2005**, at the offices of Kopelman and Paige, P.C., 31 St. James Avenue, 7th Floor, Boston, MA 0216, defendants City of Fitchburg and Charles Tasca, through counsel, will take the deposition of plaintiff **Aida Gonzalez** before a Notary Public or other official authorized by law to administer oaths. You are invited to attend and cross-examine.

DEFENDANTS
CITY OF FITCHBURG
AND CHARLES TASCA,

By their attorneys,

_/s/ Jackie Cowin_
Joseph L. Tehan, Jr. (BBO # 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
617-556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on _9/14/05_

261133/METG/0539

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,<br><br>Plaintiffs<br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br><br>Defendants | RE-NOTICE OF TAKING DEPOSITION |

TO: Edwin J. Attella, Esq.
PO Box 255
West Boylston, MA 01583

Please take notice that at **noon** on **Tuesday, October 4, 2005**, at the offices of Kopelman and Paige, P.C., 31 St. James Avenue, 7th Floor, Boston, MA 0216, defendants City of Fitchburg and Charles Tasca, through counsel, will take the deposition of plaintiff **Antonio Gonzalez** before a Notary Public or other official authorized by law to administer oaths. You are invited to attend and cross-examine.

DEFENDANTS
CITY OF FITCHBURG
AND CHARLES TASCA,

By their attorneys,

_/s/ Jackie Cowin_
Joseph L. Tehan, Jr. (BBO # 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
617-556-0007

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 9/14/05

261133/METG/0539

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,

        Plaintiffs

v.

CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,

        Defendants

RE-NOTICE OF TAKING DEPOSITION

TO:    Edwin J. Attella, Esq.
        PO Box 255
        West Boylston, MA 01583

Please take notice that at **2:00 p.m.** on **Tuesday, October 4, 2005**, at the offices of Kopelman and Paige, P.C., 31 St. James Avenue, 7th Floor, Boston, MA 0216, defendants City of Fitchburg and Charles Tasca, through counsel, will take the deposition of plaintiff **Anthony Gonzalez** before a Notary Public or other official authorized by law to administer oaths. You are invited to attend and cross-examine.

DEFENDANTS
CITY OF FITCHBURG
AND CHARLES TASCA,

By their attorneys,

_Jackie Cowin_
Joseph L. Tehan, Jr. (BBO # 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
617-556-0007

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 9/14/05

261133/METG/0539

EXHIBIT B

| | | |
|---|---|---|
| LEONARD KOPELMAN<br>DONALD G. PAIGE<br>ELIZABETH A. LANE<br>JOYCE FRANK<br>JOHN W. GIORGIO<br>BARBARA J. SAINT ANDRE<br>JOEL B. BARD<br>JOSEPH L. TEHAN, JR.<br>THERESA M. DOWDY<br>DEBORAH A. ELIASON<br>RICHARD BOWEN<br>DAVID J. DONESKI<br>JUDITH C. CUTLER<br>KATHLEEN E. CONNOLLY<br>DAVID C. JENKINS<br>MARK R. REICH<br>BRIAN W. RILEY<br>DARREN R. KLEIN<br>JONATHAN M. SILVERSTEIN<br>ANNE-MARIE M. HYLAND<br>JASON R. TALERMAN<br>GEORGE X. PUCCI<br><br>JANET HETHERWICK PUMPHREY<br>  DIRECTOR WESTERN OFFICE<br>WILLIAM HEWIG III<br>JEANNE S. McKNIGHT | **KOPELMAN AND PAIGE, P. C.**<br>ATTORNEYS AT LAW<br>31 ST. JAMES AVENUE<br>BOSTON, MASSACHUSETTS 02116-4102<br><br>(617) 556-0007<br>FAX (617) 654-1735<br><br>LENOX OFFICE<br>(413) 637-4300<br><br>NORTHAMPTON OFFICE<br>(413) 585-8632<br><br>WORCESTER OFFICE<br>(508) 752-0203 | KATHLEEN M. O'DONNELL<br>PATRICIA A. CANTOR<br>THOMAS P. LANE, JR.<br>MARY L. GIORGIO<br>MICHELE E. RANDAZZO<br>THOMAS W. MCENANEY<br>KATHARINE GOREE DOYLE<br>LAUREN F. GOLDBERG<br>JEFFREY A. HONIG<br>GREGG J. CORBO<br>RICHARD T. HOLLAND<br>ELIZABETH R. CORBO<br>MARIA C. ROTA<br>VICKI S. MARSH<br>JOHN J. GOLDROSEN<br>SHIRIN EVERETT<br>BRIAN E. GLENNON, II<br>JONATHAN D. EICHMAN<br>JOSEPH S. FAIR<br>LAURA H. PAWLE<br>CAROLYN M. MURRAY<br>JACKIE COWIN<br>SARAH N. TURNER<br>JEFFREY T. BLAKE<br>BRIAN M. MASER<br>CAROLYN KELLY MacWILLIAM<br>ANNE C. ROSENBERG<br>PETER L. MELLO | 

October 27, 2005

Edwin J. Attella, Esq.
PO Box 255
West Boylston, MA 01583

Re:   Aida Gonzalez, et al. v. City of Fitchburg, et al.
      <u>United States District Court C.A. No. 04-40018-FDS</u>

Dear Mr. Attella:

I write with respect to the depositions of plaintiffs Aida Gonzalez, Antonio Gonzalez, and Anthony Gonzalez in the above case. As you are aware, these depositions were scheduled for October 4, 2005, but were postponed at your request so that you could determine a date more convenient for the deponents. However, I have not heard back from you regarding this matter. Please contact me so that we may discuss the rescheduling of these depositions. Please be advised that if the depositions do not go forward, we intend to file a motion to dismiss the claims of these plaintiffs. Please consider this a conferral letter pursuant to Local Rule 7.1(A)(2) in this regard.

Thank you for your attention to this matter.

Very truly yours,

*Jackie Cowin*

Jackie Cowin

JC/cmt
cc:   Austin M. Joyce, Esq.
      Mr. Matthew H. Leeds (GFMS No. 226984)
264943/METG/0539

LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE M. HYLAND
JASON R. TALERMAN
GEORGE X. PUCCI
WILLIAM HEWIG III
JEANNE S. McKNIGHT
LAUREN F. GOLDBERG
MICHELE E. RANDAZZO

JANET HETHERWICK PUMPHREY
DIRECTOR WESTERN OFFICE

KOPELMAN AND PAIGE, P. C.

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

LENOX OFFICE
(413) 637-4300

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. McENANEY
KATHARINE GOREE DOYLE
JEFFREY A. HONIG
GREGG J. CORBO
RICHARD T. HOLLAND
ELIZABETH R. CORBO
MARIA C. ROTA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
CAROLYN M. MURRAY
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
BRIAN M. MASER
CAROLYN KELLY MACWILLIAM
ANNE C. ROSENBERG
PETER L. MELLO
KATHERINE L. DAVIDSON
JEFFREY D. UGINO

December 2, 2005

Edwin J. Attella, Esq.
PO Box 255
West Boylston, MA 01583

Re:  Aida Gonzalez, et al. v. City of Fitchburg, et al.
     United States District Court C.A. No. 04-40018-FDS

Dear Mr. Attella:

This letter will confirm that the depositions of plaintiffs Antonio Gonzalez and Anthony Gonzalez will take place on December 15, 2005, at 10 a.m. and 1 p.m., respectively, at The Rose Cottage Bed & Breakfast, 24 Worcester Street, in West Boylston.

May I also remind you that we are awaiting plaintiffs' written discovery responses in this matter.

Thank you.

Very truly yours,

Jackie Cowin

JC/cmt
cc:  Austin M. Joyce, Esq.
     Mr. Matthew H. Leeds (GFMS No. 226984)
     Leavitt Reporting Service, Inc.

267790/METG/0539