UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-40018-FDS

AIDA GONZALEZ, et al.

    Plaintiffs

v.

CITY OF FITCHBURG, et al.

    Defendants

## PLAINTIFFS' MOTION TO EXTEND SCHEDULING ORDER DEADLINES

Now come the Plaintiffs' in the above-captioned action and moves that this Honorable Court extend the deadlines set forth in the Scheduling Order in order to facilitate completion of discovery. As reasons therefor, the Plaintiffs' state as follows:

1. On August 30, 2005 this Honorable Court allowed Defendants Motion to Compel depositions of Aida Gonzalez, Antonio Gonzalez and Anthony Gonzalez in Massachusetts.

2. Aida Gonzalez resides in California. Antonio Gonzalez and Anthony Gonzalez reside in Florida.

3. On December 16, 2005 Defendants filed a Motion to Dismiss these 3 Plaintiffs claims for failure to appear for deposition on December 15, 2005.

4. On December 21, 2003 Plaintiffs filed Opposition to Defendants Motion to Dismiss for the reasons set forth therein.

5.    Plaintiffs Aida Gonzalez, Antonio Gonzalez and Anthony Gonzalez respectfully request that this Honorable Court allow such Motion in Opposition and adopt scheduling changes as follows in the interests of Justice.

    a.    Written Discover and Depositions to be concluded by March 31, 2006.

    b.    Dispositive Motions to be filed by May 1, 2006 with Oppositions to be filed by May 16, 2006.

    c.    Pre-Trial Conference on or after May 30, 2006 or thereafter at the Courts discretion.

WHEREFORE the Plaintiffs request that this Honorable Court reset the Scheduling Order deadlines as set forth in Paragraph 5 above.

THE PLAINTIFFS'
By Their Attorney,

_____ 12/21/05
Edwin J. Attella
27B Sterling Street
PO Box 255
West Boylston, MA 01583
BBO# 636527
Phone (508) 835-5881

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the attorney of record for the defendants by forwarding same by pre-paid first class mail this date to:

Austin M. Joyce, Esq.
EDWARD P. REARDON, PC
397 Grove Street
Worcester, MA 01605

Joseph L. Tehan, Esq.
KOPELMAN & PAIGE
31 St. James Avenue
Boston, MA 02116-4102

_____  12/21/05
Edwin J. Attella            Date

3