UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,

    Plaintiffs

v.

CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,

    Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)

    Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, the undersigned hereby certifies that she conferred with counsel for plaintiffs in regard to the Defendants City of Fitchburg and Charles Tasca's Motion for Summary Judgment by leaving a detailed voice mail message regarding same on January 31, 2006. No response was received as of the filing of the motion.

    /s/Jackie Cowin
    Jackie Cowin (BBO# 655880)
    Kopelman and Paige, P.C.
    31 St. James Avenue
    Boston, MA 02116
    (617) 556-0007

272957/METG/0539

I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, on or before February 1, 2006. /s/Jackie Cowin.