UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,<br><br>      Plaintiffs<br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br><br>      Defendants | DEFENDANTS CITY OF FITCHBURG AND CHARLES TASCA'S MOTION FOR SUMMARY JUDGMENT |

      Now come defendants City of Fitchburg and Charles Tasca and hereby move, pursuant to Fed.R.Civ.P. 56(b), for summary judgment on all claims set forth in the Complaint against them.

      As grounds therefor, said defendants state that there exists no genuine issue as to any material fact, and that they are entitled to judgment in their favor as a matter of law. As further grounds therefor, said defendants rely on the attached Local Rule 56.1 Statement of Material Facts, and the attached supporting memorandum of law.

WHEREFORE, the City of Fitchburg and Chief Charles Tasca respectfully request that this Court enter judgment in their favor on all claims in the Complaint set forth against them.

        DEFENDANTS

        CITY OF FITCHBUG AND
        CHARLES TASCA,

        By their attorneys,

        /s/Joseph L. Tehan, Jr.
        Joseph L. Tehan, Jr. (BBO# 494020)
        Jackie Cowin (BBO# 655880)
        Kopelman and Paige, P.C.
        31 St. James Avenue
        Boston, MA 02116
272777/METG/0539        (617) 556-0007

I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, on or before February 1, 2006. /s/Jackie Cowin.