UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ,<br><br>        Plaintiffs<br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br><br>        Defendants | ATTACHMENTS TO DEFENDANTS CITY OF FITCHBURG AND CHARLES TASCA'S L.R. 56.1 STATEMENT OF MATERIAL FACTS OF RECORD AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED |

**Attachments A and B to the City of Fitchburg and Charles Tasca's L.R. 56.1 Statement of Material Facts of Record are to be filed by First Class Mail with the Court on February 1, 2006.**

                          DEFENDANTS
                          CITY OF FITCHBURG AND
                          CHARLES TASCA,

                          By their attorneys,

                          /s/ Joseph L. Tehan, Jr.
                          Joseph L. Tehan (BBO# 494020)
                          Jackie Cowin (BBO# 655880)
                          Kopelman and Paige, P.C.
                          31 St. James Avenue
                          Boston, MA 02116
272959/METG/0549             (617) 556-0007

I, Jackie Cowin, certify that the above document, and the Attachments referenced therein, will be served by first-class mail upon all counsel of record on or before February 1, 2006. /s/Jackie Cowin.