LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE M. HYLAND
JASON R. TALERMAN
GEORGE X. PUCCI
WILLIAM HEWIG III
JEANNE S. McKNIGHT
LAUREN F. GOLDBERG
MICHELE E. RANDAZZO

JANET HETHERWICK PUMPHREY
DIRECTOR WESTERN OFFICE

**KOPELMAN AND PAIGE, P. C.**

ATTORNEYS AT LAW

31 ST. JAMES AVENUE

BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

LENOX OFFICE
(413) 637-4300

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

KATHLEEN M. O'DONNELL
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
THOMAS W. MCENANEY
KATHARINE GOREE DOYLE
JEFFREY A. HONIG
GREGG J. CORBO
RICHARD T. HOLLAND
ELIZABETH R. CORBO
MARIA C. ROTA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
CAROLYN M. MURRAY
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
BRIAN M. MASER
CAROLYN KELLY MACWILLIAM
ANNE C. ROSENBERG
PETER L. MELLO
KATHERINE L. DAVIDSON
JEFFREY D. UGINO

February 1, 2006

Clerk, Civil
U.S. District Court
Donohue Federal Building
595 Main Street
Worcester, MA 01608

Re: Aida Gonzalez, et al. v. City of Fitchburg, et al.
    United States District Court C.A. No. 04-40018-FDS

Dear Sir/Madam:

Enclosed please find Attachments A, A1-A4, and B to Defendants City of Fitchburg and Charles Tasca's L.R. 56.1 Statement of Material Facts, in connection with the Defendants' Motion for Summary Judgment in the above case. Please be advised that the Motion was filed electronically on January 31, 2006.

Thank you for your attention to this matter.

Very truly yours,

Jackie Cowin

JC/cmt
Enc.
cc:  Edwin J. Attella, Esq.
     Austin M. Joyce, Esq.
     Mr. Matthew H. Leeds (GFMS No. 226984) (w/o enc.)

272975/METG/0539