UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-40018-FDS

AIDA GONZALEZ, ANTONIO GONZALEZ,
MILBIA VAZQUEZ, ANTHONY GONZALEZ,
ALEXIS GONZALEZ, ALEXANDER
GONZALEZ, and ADRIAN GONZALEZ,

                    Plaintiffs

v.

CITY OF FITCHBURG, CHARLES TASCA,
Chief of Police, LINDA SWEARS, MICHAEL
SEVIGNY, JEFFREY HOWE, KERRY
SIOMOS, JR., MATTHEW DIBARA, ALAN
ROSS, THOMAS DAOUST, MASSAMONT
INS. AGENCY, INC. and/or METROGARD
INS. and/or DIPLOMAX INS. and/or LEGION
INS. COMPANY,

                    Defendants

## NOTIFICATION OF CHANGE OF ADDRESS

TO THE CLERK OF COURTS:

        Please note our firm's change of address, effective February 6, 2006:

                Kopelman and Paige, P.C.
                101 Arch Street
                Boston, MA  02110-1109
                (617) 556-0007
                FAX (617) 654-1735

                                /s/Jackie Cowin
                                Joseph L. Tehan, Jr. (BBO# 494020)
                                Jackie Cowin (BBO# 655880)
                                Kopelman and Paige, P.C.
                                101 Arch Street
                                Boston, MA 02110-1109

## CERTIFICATE OF SERVICE

        I, Jackie Cowin, certify that the above document will be served by first-class mail upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically.
/s/Jackie Cowin

274162/Metg/0539