UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-40018-FDS

AIDA GONZALEZ, et al.

    Plaintiffs

v.

CITY OF FITCHBURG, et al.

    Defendants

PLAINTIFF'S COUNEL'S MOTION TO WITHDRAW FROM THE CASE

Now comes, Edwin J. Attella, Attorney for the Plaintiffs in the above captioned matter and moves this Honorable Court for leave to Withdraw as Counsel for the Plaintiffs'. As reason therefore Counsel states:

1. I was engaged to represent the Plaintiff's in this matter on or about August, 2002 at their request.

2. I had represented one of the individuals involved as a Bar Advocate in an underlying criminal matter, which went to jury trial in the Fitchburg District Court earlier in the year.

3. After filing suit, we began having communications problems related to discovery. Two of the Plaintiff's were serving in the military in Iraq. The husband and wife had separated for a time with one Plaintiff, Antonio Gonzalez moving to Puerto

Rico. Aida Gonzalez also returned to Puerto Rico. Aida Gonzalez later moved to California. Neither Antonio Gonzalez nor Aida Gonzalez speak English. I have been unable to communicate with either. Neither has answered interrogatories.

4. The balance of the family moved to Florida in June, 2005. Four of these family members gave depositions prior to moving. None have completed answers to interrogatories.

5. Communication and co-ordination has become nearly impossible. Mine is a one attorney office. I am unable to effectively represent these Plaintiffs' considering their far flung locations and my limited resources.

6. The Plaintiffs' are aware of this motion and have agreed to seek alternative counsel.

WHEREFORE, for all the reasons set forth above I respectfully request that this Honorable Court allow my Motion to Withdraw.

Attorney for the Plaintiffs

Edwin J. Attella
27B Sterling Street
PO Box 255
West Boylston, MA
BBO#636527
(508) 835-5881