UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ALDA GONZALEZ, ANTONIO GONZALEZ, MILBIA VAZQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ, and ADRIAN GONZALEZ<br>    Plaintiffs;<br><br>v.<br><br>CITY OF FITCHBURG, CHARLES TASCA, Chief of Police, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST, MASSAMONT INS. AGENCY, INC. and/or METROGARD INS. and/or DIPLOMAX INS. and/or LEGION INS. COMPANY,<br>    Defendants. | C.A. no. 04-40018-FDS |

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants, Linda Swears, Michael Sevigny, Jeffrey Howe, Kerry Siomos, Jr., Matthew Dibara, Alan Ross, and Thomas Daqust, in the above-entitled matter.

THE DEFENDANTS
By their attorney

/s/ Michael J. Akerson

Michael J. Akerson
REARDON, JOYCE & AKERSON P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO # 558565

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants.

/s/ Michael J. Akerson
By:_____
Michael J. Akerson