UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
C.A. NO. 04-40018-FDS

AIDA GONZALEZ, et al.

    Plaintiffs

v.

CITY OF FITCHBURG, et al.

    Defendants

### PLAINTIFFS' OPPOSITION TO MOTION FOR SANCTIONS AGAINST PLAINTIFF AIDA GONZALEZ

1. Now come the Plaintiff in the above-captioned action and moves that this Honorable Court deny the Defendants Motion for sanctions against Aida Gonzalez, for failure to appear for taking of depositions. As reason therefor, the Plaintiff states that Aida Gonzalez is in California living with a son. She continues to suffer from heart problems and has been told by her doctor not to travel at this time. When her doctor gives her permission to travel again, she may not travel alone.

2. Medical records in support of this motion are attached hereto and marked exhibit A.

For all the reasons set forth above the Plaintiff Aida Gonzalez respectfully request that this Honorable Court deny the Defendants Motion for sanctions.

THE PLAINTIFF
AIDA GONZALEZ
By Her Attorney,

_____
Edwin J. Attella
27B Sterling Street
PO Box 255
West Boylston, MA 01583
BBO# 636527
Phone (508) 835-5881

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served upon the attorney of record for the defendants by forwarding same by pre-paid first class mail this date to:

Austin M. Joyce, Esq.
EDWARD P. REARDON, PC
397 Grove Street
Worcester, MA 01605

_____   5/15/06
Edwin J. Attella      Date