UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALES, MILBIA VASQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ and ADRIAN GONZALEZ | \* \* \* \* \* \* \* |
| Plaintiffs | \* \* |
| v. | \*    C.A. 04-40018-FDS \* |
| LINDA SWEARS, MICHAEL SEVIGNY JEFFREY HOWE KERRY SIOMOS, JR. MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST and MASSAMONT INSURANCE AGENCY, INC. | \* \* \* \* \* \* \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>NOTICE OF APPEARANCE</u>

Please enter my appearance as lead attorney for the plaintiffs Aida Gonzales, Antonio Gonzales, Milbia Vasquez, Anthony Gonzalez, Alexis Gonzalez, Alexander Gonzalez and Adrian Gonzalez, in the above referenced matter.

Plaintiffs by counsel,

Date: <u>June 16, 2006</u>

/s/ Andrew M. Fischer
Andrew M. Fischer
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA 02108
(617) 423-7904
BBO# 167040
afischer@jasonandfischer.com

gonzalez\notappear