UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALES, MILBIA VASQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ and ADRIAN GONZALEZ | \* \* \* \* \* \* \* |
| Plaintiffs | \* \* |
| v. | \* \* |
| LINDA SWEARS, MICHAEL SEVIGNY JEFFREY HOWE KERRY SIOMOS, JR. MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST and MASSAMONT INSURANCE AGENCY, INC. | \* \* \* \* \* \* \* \* |
| Defendants | \* |

C.A. 04-40018-FDS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF APPEARANCE

Please enter my appearance as co-counsel for the plaintiffs Aida Gonzales, Antonio Gonzales, Milbia Vasquez, Anthony Gonzalez, Alexis Gonzalez, Alexander Gonzalez and Adrian Gonzalez, in the above referenced matter.

Plaintiffs by counsel,

Date: June 23, 2006

/s/ Andrew J. Brodie III
Andrew J. Brodie III
JASON & FISCHER
47 Winter Street, 4th Floor
Boston, MA 02108
(617) 423-7904
BBO# 661269
abrodie@jasonandfischer.com

gonzalez\ajbnotappear