UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| AIDA GONZALEZ, ANTONIO GONZALES, MILBIA VASQUEZ, ANTHONY GONZALEZ, ALEXIS GONZALEZ, ALEXANDER GONZALEZ and ADRIAN GONZALEZ, | \* \* \* \* \* |
| Plaintiffs | \* \* |
| v. | \* C.A. 04-40018-FDS \* |
| LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST and MASSAMONT INSURANCE AGENCY, INC., | \* \* \* \* \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO CONTINUE

Now come the plaintiffs and move this Honorable Court continue the Alternative Dispute Resolution Hearing, currently set for November 14, 2006, until January 19, 2007. As reason, the plaintiff states that counsel will be in trial in Suffolk Superior Court on November 14, 2006 and will be unavabile for the Alternative Dispute Resolution Hearing.

As further reason, plaintiffs state that no party will be prejudiced by this continuance and defendants have indicated their assent to a continuance.

Assented to:

/s/ Austin Joyce
Austin Joyce, Esquire
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO# 255040
austinj@masspolice.com

Date: November 10, 2006

Plaintiffs by counsel,

/s/ Andrew M. Fischer
Andrew M. Fischer
JASON & FISCHER
47 Winter Street, #4
Boston, MA 02108
(617) 423-7904
BBO# 167040
afischer@jasonandfischer.com

Date: November 10, 2006

gonzalez\mtncont.wpd