UNITES STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
************************************************************
AIDA GONZALEZ, ANTONIO GONZALES,              *
MILBIA VASQUEZ, ANTHONY GONZALEZ,             *
ALEXIS GONZALEZ, ALEXANDER GONZALEZ           *
and ADRIAN GONZALEZ,                          *
                                              *
             Plaintiffs                       *
                                              *
v.                                            * C.A. 04-40018-FDS
                                              *
LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE,  *
KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, *
THOMAS DAOUST and MASSAMONT INSURANCE         *
AGENCY, INC.,                                 *
                                              *
             Defendants                       *
************************************************************
```

## MOTION TO ALLOW AN UNCERTIFIED INTERPRETER

Now come the plaintiffs and move this Honorable Court allow the plaintiff to use the services of Mr. Carlos Alberto Colón Montañez as a Spanish language interpreter in the above captioned action. As reason, the plaintiff states that Mr. Colon is a qualified Spanish language interpreter who has worked as an interpreter for the Worcester County House of Corrections, the Worcester Superior Court and has operated his own translation consultancy, C A C Language Services, in Worcester for over twenty six (26) years. [See Mr. Colon's curriculum vitae attached hereto as **Exhibit A**]

28 U.S.C. §1827 requires the use of a Federally certified court interpreter, but subsection 2 would allow an otherwise qualified interpreter to be used when "no certified interpreter us reasonably available". Plaintiff was provided with a list of certified interpreters, but notes that there is only one individual listed for Worcester, and that interpreter is not available.

Mr. Colon is familiar with this matter, as he was provided by the defendants as the interpreter for many of the plaintiffs' depositions, and has established a working relationship with the Spanish speaking plaintiffs.

The plaintiff further states that the defendants have assented to the use of Mr. Colon as an interpreter in this matter. Therefore, the plaintiff respectfully requests that this Court allow Mr. Colon to provide translations services in the above captioned action.

| Assented to: | Plaintiffs by counsel, |
|---|---|
| /s/ Austin Joyce | /s/ Andrew J. Brodie |
| Austin Joyce, Esquire | Andrew J. Brodie III |
| Reardon, Joyce & Akerson, P.C. | JASON & FISCHER |
| 397 Grove Street | 47 Winter Street, #4 |
| Worcester, MA 01605 | Boston, MA 02108 |
| (508) 754-7285 | (617) 423-7904 |
| BBO# 255040 | BBO# 661269 |
| austinj@masspolice.com | abrodie@jasonandfischer.com |
| Date: 01/04/07 | Date: 01/04/07 |

gonzalez\mtnallowint.wpd