*Carlos Alberto Colón Montañez*
20 Tatman Street, Apt 2
Worcester, Massachusetts 01607

## Certifications:

General Language Interpreter Certificate, specialization in Spanish, Department of Spanish and Portuguese, University of Massachusetts, Amherst, MA. (1988)

Development of Cultural Diversity Training, The International Association of Chiefs of Police, Worcester, Ma. (1996)

Audio/Visual Techniques, Universidad Del Turabo, Caguas, Puerto Rico. (1973)

**Award:  St. Thomas More Society of Worcester, October 29, 2000,** Recipient of the Distinguished Layperson Award during 43rd Annual Red Mass and Dinner, along with Superior Court Honorable Associate Justice Francis J. Fecteau- Distinguished Jurist Award; Attorney Mark S. Maynard- Distinguished Attorney Award- and Distinguished Ecumenical Award presented to Honorable Milton H. Raphaelson, Circuit Justice of the District Court Department Region IV.

## Professional Seminars/Speaker:

**Knights of Columbus Supreme Council,** Official Spanish Interpreter for International Conventions, Washington, DC. Interpreting services provided to Cardinals, Bishops, International CEO's et al and during actor Mel Gibson -preview of new movie-"The Passion of the Christ; Spanish interpreter during President George W. Bush's speech during the Supreme Convention in Dallas, Texas. Also on other occasions, for International CEO's from Mexico, Dominican Republic, and Puerto Rico, during semi-annual organizational meetings in New Haven, Conn, Nashville, TN and Charlotte, NC. Chicago Il. ; and translation, development and presentation from New York to Mexico via television program for insurance marketing and sales (2000-2005)

**The Bar Advocates of Worcester County**, Guest lecturer for a four-day seminar with Worcester and Puerto Rican Bar Association, Comparative Law/ Multiculturalism, Humacao, Puerto Rico. (1998)

**Worcester State College**, The Center for the Study of Human Rights, Poetry of Haitian and Hispanic Struggle, with renowned poet Tino Villanueva, et al. (1983 and 1998)

**Worcester Police Department**, Developed and lectured fifteen week in-service training program for administrators and patrolmen**,** Spanish language training and cultural awareness dealing with illegal drugs and street vernacular. (1997)

**The Bar Advocates of Worcester County**. Created and taught first innovative fifteen week Spanish language course for criminal defense attorneys. (1995)

**US Army, Natick Research and Development and Engineering Center**, Key Note Speaker for Cultural Awareness, During Hispanic Heritage week. (1992)

**Interpreter's Studies Department, University of Massachusetts**, Guest Lecturer on Court Interpreting. 1986- 1993

**Master of Ceremony**- Swearing-in ceremony for Juvenile Court Justice Luis G. Perez. (1987)

1

**Massachusetts Law Reform Institute,** Worked on behalf of Babel II Coalition to establish a professional Interpreter system for the Trial Court of the Commonwealth of Massachusetts 1982-83

**Worcester Chapter of the National Association for the Advancement of Colored People and the Worcester Area Chamber of Commerce**, represented the minority businessmen and professionals during the unveiling New Directory of Minority Businesses in the Worcester Area. Worcester City Hall. (1985)

**University of Connecticut**, Stores, CT. Illustrator Cultural Awareness. (1980)

**Worcester Public Library** Children's Room, "Folk Weave", Project Consultant, Multicultural Display to inner city children on Puerto Rican culture. (1979)

**Fitchburg State College**, Department of Urban Studies, Lecturer Puerto Rican Culture. (1979)

**Worcester State College**, Department of Urban Studies, Lecturer on Puerto Rican culture. (1976)

## Work History:

1990-  Present Paralegal/Interpreter, *Worcester County House of Correction*
Prepare motions, interview inmates, research cases, translation of documents. Interpreter for in-house and visiting criminal defense attorneys, staff development and cultural diversity training. Special Instructor: Cultural Diversity and Spanish for Sheriff's Department Basic Recruit Training Academy

1989-present  Self-owned translating/interpreting consultancy, *C A C Language Services*
4 PT staff, interpreting in civil court proceeding and hearings, depositions, assist attorney/client pre-trial and interrogatory preparation, arbitration hearings and medical evaluations in the State and Federal judicial system; Translation of legal, medical, commercial documents. Spanish and multicultural training for legal and law enforcement personnel

1989- 1990  Recruiter/ Public Relation Specialist, *U. S. Department of Commerce, U. S. Census Bureau*, Directing TV and radio and print outreach to Hispanic and other minorities in Worcester County.

1988-1990  Assistant Criminal Investigator, *Committee for Public Counsel Services* Investigation and summons delivery for criminal defense attorneys.

1977-1989  Official Spanish Interpreter, *Worcester Superior Court*
Interpreter in criminal and civil cases, translating documents, hiring and supervising other interpreters for the Court on special cases.

1976-1977  Assistant School Counselor, *Worcester Public Schools*
Counseling Hispanic students, assist in C.O.R.E. evaluations, making home visits and interpreting data.

## Education:

1988          BA Cross Cultural Performing Arts and Interpreter's Studies, University of Massachusetts, Amherst MA

1971-72      College Universitario Del Turabo, PR (40 credits Elementary Education)

## Additional Training and Workshops:

1996   Massachusetts Continuing Legal Education, Warrants Search and Seizure.

1995   Massachusetts Bar Association, Representing, Opposing and Judging People from Linguistic and Cultural Minorities.

1994    Massachusetts Trial Court Law Libraries, Legal Reference Workshop.

## Board, Committees and Affiliations:

Knights of Columbus, 4th Degree Knight, Grand Knight, past Financial Secretary; Advocate, Events Coordinator, Co-founder (Caballeros de Colón) Spanish Council, Leominster, MA 1997-present
Bishop Beaven Assembly, 4th Degree Honor Guard, Knights of Columbus

University of Massachusetts, Translation Center, 1990-present

Worcester County Bar Association (non-lawyer) 1993- Present

Massachusetts Bar Association (non-lawyer) 1995-Present

New England Hispanic Civil Rights Commission 1993-1994

Worcester Cultural Commission and Arts Lottery Committee 1980-1983

Massachusetts Council on the Arts and Humanities, Ethnic Committee, Boston, MA 1983

Co-Founder, Board Member, Fundraiser, Event Instructor/ Coordinator- Centro Las Americas,

Worcester MA. 1977-1989

## Radio/ Television Communications

Hosted/Guest-: Hispanic Cable channel 3 TV Leominster-Fitchburg" De Todo Un Poco" Cable 13 and 27 Worcester, MA

W.A.P.A.-T.V., W.R.I.K-T.V. San Juan, PR. "La Hora Del Oeste" Host for a children's television program playing the role of an American Cowboy, speaking Spanish with a heavy English accent, introducing cartoons, and American westerns.

Radio: W.I.C.N; W.C.U.W; W.F.T.Q. Developed and created radio programming for Hispanic listening audience.

### Reference Upon Request