# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

AIDA GONZALEZ, et. al.,

      Plaintiff,                       CIVIL ACTION

v.                                  NO.  04-40018-FDS

CITY OF FITCHBURG, et. al.,

      Defendants,

## REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

### TO: JUDGE SAYLOR

HILLMAN, M.J.

On   January 11, 2007   I held the following ADR proceeding:

\_\_\_\_ EARLY NEUTRAL EVALUATION     X   MEDIATION
\_\_\_\_ MINI-TRIAL                   \_\_\_\_\_ SUMMARY JURY TRIAL
\_\_\_\_ SETTLEMENT CONFERENCE

The parties were present in person or by an authorized corporate officer .

The case was:

( )   Settled.  Your clerk should enter a \_\_\_ day order of dismissal.

( )   There was progress.  A further conference has been scheduled for _____. unless the case is reported settled prior to that date.

(**X** )   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

January 12, 2006                 /s/ Timothy S. Hillman
Date                               TIMOTHY S. HILLMAN, M.J.