# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

| | | |
|---|---|---|
| **AIDA GONZALEZ, et al.,** | : | **Civil Action No. 04-40018-FDS** |
| **Plaintiffs** | : | |
| **v.** | : | |
| | : | |
| **CITY OF FITCHBURG, et al.,** | : | |
| **Defendants.** | : | |

_____

## DEFENDANTS, LINDA SWEARS, MICHAEL SEVIGNY, JEFFREY HOWE, KERRY SIOMOS, JR., MATTHEW DIBARA, ALAN ROSS, THOMAS DAOUST'S, PROPOSED

## VERDICT SLIP

## PLAINTIFF AIDA GONZALEZ

### QUESTION ONE

1(a). Did plaintiff Aida Gonzalez prove by a preponderance of the evidence that any of the defendants violated her federal constitutional rights to be free from unreasonable force in violation of 42 U.S.C. § 1983?

       Yes_____          No_____

**If you answered Question 1(a) "Yes[,]" then proceed to Question 1(b).**
**If you answered Question 1(a) "No[,]" then proceed to Question 2.**

1(b). Did plaintiff Aida Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff Aida Gonzalez?

       Yes_____          No_____

**If you answered Question 1(b) "Yes[,]" then proceed to Question 1(c).**
**If you answered Question 1(b) "No[,]" then proceed to Question 2.**

1(c). As to each of the individual defendants, do you find that, given the facts and circumstances as the defendant knew them at the time of his or her actions, the defendant's actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants then you have completed Question 1 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Aida Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42 U.S.C. § 1983 that you have found proven?

| | | | |
|---|---|---|---|
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |
| Linda Swears | Yes_____ | No_____ | $_____ |

**If you answered Question 1(c) "No[,]" as to any of the individual defendants then proceed to Question 1(d).**
**If you answered Question 1(c) "Yes[,]" as to all of the individual defendants then proceed to Question 2.**

1(d). Did plaintiff Aida Gonzalez prove by a preponderance of the evidence that the acts or omissions of defendant Linda Swears make her personally liable for her subordinate's violations of the federal constitutional rights of plaintiff Aida Gonzalez?

       Yes_____          No_____

**If you answered Question 1(d) "Yes[,]" then proceed to Question 1(e).**
**If you answered Question 1(d) "No[,]" then proceed to Question 2.**

2

1(e). What amount of money is necessary to compensate plaintiff Aida Gonzalez for the actual harm suffered as a proximate result of Linda Swear's violation of 42 U.S.C. § 1983 that you have found proven?

$_____

## QUESTION TWO

2(a). Did plaintiff Aida Gonzalez prove by a preponderance of the evidence that any of the defendants intended to inflict emotional distress upon her or that any of the defendants knew or should have known that emotional distress was the likely result of their conduct?

_____Yes_____                    No_____

**If you answered Question 2(a) "Yes[,]" then proceed to Question 2(b).**
**If you answered Question 2(a) "No[,]" then proceed to Question 3.**

_____2(b). Did plaintiff Aida Gonzalez prove by a preponderance of the evidence that the conduct of any of the defendants was extreme and outrageous beyond all possible bounds of decency and utterly intolerable in a civilized community?

Yes_____                    No_____

**If you answered Question 2(b) "Yes[,]" then proceed to Question 2(c).**
**If you answered Question 2(b) "No[,]" then proceed to Question 3.**

2(c). Did plaintiff Aida Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants caused her emotional distress?

Yes_____                    No_____

**If you answered Question 2(c) "Yes[,]" then proceed to Question 2(d).**
**If you answered Question 2(c) "No[,]" then proceed to Question 3.**

3

2(d). Did plaintiff Aida Gonzalez prove by a preponderance of the evidence that she sustained emotional distress that is severe and of a nature that no reasonable person could be expected to endure it?

Yes_____          No_____

**If you answered Question 2(d) "Yes[,]" then proceed to Question 2(e).**
**If you answered Question 2(d) "No[,]" then proceed to Question 3.**

2(e). As to each of the individual defendants, do you find that, given the facts and circumstances as the defendant knew them at the time of his or her actions, the defendant's actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants then you have completed Question 2 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Aida Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort law that you have found proven?

| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |
| Linda Swears | Yes_____ | No_____ | $_____ |

4

## PLAINTIFF ANTONIO GONZALEZ

**QUESTION THREE**

_____3(a). Did plaintiff Antonio Gonzalez prove by a preponderance of the evidence that any of the defendants violated his federal constitutional rights to be free from unreasonable force in violation of 42 U.S.C. § 1983?

Yes_____          No_____

**If you answered Question 3(a) "Yes[,]" then proceed to Question 3(b).**
**If you answered Question 3(a) "No[,]" then proceed to Question 4.**

3(b). Did plaintiff Antonio Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff Antonio Gonzalez?

Yes_____          No_____

**If you answered Question 3(b) "Yes[,]" then proceed to Question 3(c).**
**If you answered Question 3(b) "No[,]" then proceed to Question 4.**

3(c).  As to each of the individual defendants, do you find that, given the facts and circumstances as the defendant knew them at the time of his or her actions, the defendant's actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants then you have completed Question 3 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Antonio Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42 U.S.C. § 1983 that you have found proven?

Michael Sevigny          Yes_____          No_____          $_____

| | | | |
|---|---|---|---|
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |
| Linda Swears | Yes_____ | No_____ | $_____ |

**If you answered Question 3(c) "No[,]" as to any of the individual defendants then proceed to Question 3(d).**
**If you answered Question 3(c) "Yes[,]" as to all of the individual defendants then proceed to Question 4.**

3(d). Did plaintiff Antonio Gonzalez prove by a preponderance of the evidence that the acts or omissions of defendant Linda Swears make her personally liable for her subordinate's violation of the federal constitutional rights of plaintiff Antonio Gonzalez?

Yes_____                    No_____

**If you answered Question 3(d) "Yes[,]" then proceed to Question 3(e).**
**If you answered Question 3(d) "No[,]" then proceed to Question 4.**

3(e). What amount of money is necessary to compensate the plaintiff Antonio Gonzalez for the actual harm suffered as a proximate result of Linda Swear's violations of 42 U.S.C. § 1983 that you have found proven?

$_____

**QUESTION FOUR**

4(a). Did plaintiff Antonio Gonzalez prove by a preponderance of the evidence that any of the defendants falsely imprisoned him in violation of his federal constitutional rights pursuant to

6

42 U.S.C. § 1983?

Yes_____                              No_____

**If you answered Question 4(a) "Yes[,]" then proceed to Question 4(b).**
**If you answered Question 4(a) "No[,]" then proceed to Question 5.**

4(b). Did plaintiff Antonio Gonzalez prove by a preponderance of the evidence that the

actions of any of the defendants, taken in violation of § 1983 proximately caused harm to

plaintiff Antonio Gonzalez?

Yes_____                              No_____

**If you answered Question 4(b) "Yes[,]" then proceed to Question 4(c).**
**If you answered Question 4(c) "No[,]" then proceed to Question 5.**

4(c). As to each of the individual defendants, do you find that, given the facts and

circumstances as the defendant knew them at the time of his or her actions, the defendant's

actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants

then you have completed Question 4 as to that defendant. If you answered "No" for any of the

individual defendants please indicate what amount of money is necessary to compensate plaintiff

Antonio Gonzalez for the actual harm suffered as a proximate result of that defendant's violation

of 42 U.S.C. § 1983 that you have found proven?

| | | | |
|---|---|---|---|
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

Linda Swears            Yes_____        No_____        $_____

**QUESTION FIVE** _____

    5(a). Did plaintiff Antonio Gonzalez prove by a preponderance of the evidence that any of

the defendants intended to inflict emotional distress upon him or that any of the defendants knew

or should have known that emotional distress was the likely result of their conduct?

_____Yes_____            No_____ _____

        **If you answered Question 5(a) "Yes[,]" then proceed to Question 5(b).**
        **If you answered Question 5(a) "No[,]" then proceed to Question 6.**

_____

_____5(b). Did plaintiff Antonio Gonzalez prove by a preponderance of the evidence that the

conduct of any of the defendants was extreme and outrageous beyond all possible bounds of

decency and utterly intolerable in a civilized community?

      Yes_____            No_____

        **If you answered Question 5(b) "Yes[,]" then proceed to Question 5(c).**
        **If you answered Question 5(b) "No[,]" then proceed to Question 6.**

    5(c). Did plaintiff Antonio Gonzalez prove by a preponderance of the evidence that the

actions of any of the defendants caused him emotional distress?

      Yes_____            No_____

        **If you answered Question 5(c) "Yes[,]" then proceed to Question 5(d).**
        **If you answered Question 5(c) "No[,]" then proceed to Question 6.**

    5(d). Did plaintiff Antonio Gonzalez prove by a preponderance of the evidence that he

sustained emotional distress that is severe and of a nature that no reasonable person could be

expected to endure it?

Yes_____                    No_____

**If you answered Question 5(d) "Yes[,]" then proceed to Question 5(e).**
**If you answered Question 5(d) "No[,]" then proceed to Question 6.**

_____5(e).  As to each of the individual defendants, do you find that, given the facts and

circumstances as the defendant knew them at the time of his or her actions, the defendant's

actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants

then you have completed Question 5 as to that defendant. If you answered "No" for any of the

individual defendants please indicate what amount of money is necessary to compensate plaintiff

Antonio Gonzalez for the actual harm suffered as a proximate result of that defendant's violation

of Massachusetts tort law that you have found proven?

| | | | |
|---|---|---|---|
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |
| Linda Swears | Yes_____ | No_____ | $_____ |

## PLAINTIFF MILBIA VAZQUEZ

## QUESTION SIX

6(a).Did plaintiff Milbia Vazquez prove by a preponderance of the evidence that any of

9

the defendants violated her federal constitutional rights to be free from unreasonable force in

violation of 42 U.S.C. § 1983?

Yes_____          No_____

**If you answered Question 6(a) "Yes[,]" then proceed to Question 6(b).**
**If you answered Question 6(a) "No[,]" then proceed to Question 7.**

6(b). Did plaintiff Milbia Vazquez prove by a preponderance of the evidence that the

actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff

Milbia Vazquez?

Yes_____          No_____

**If you answered Question 6(b) "Yes[,]" then proceed to Question 6(c).**
**If you answered Question 6(b) "No[,]" then proceed to Question 7.**

6(c). As to each of the individual defendants, do you find that, given the facts and

circumstances as the defendant knew them at the time of his or her actions, the defendant's

actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants

then you have completed Question 6 as to that defendant. If you answered "No" for any of the

individual defendants please indicate what amount of money is necessary to compensate plaintiff

Milbia Vazquez for the actual harm suffered as a proximate result of that defendant's violation of

42 U.S.C. § 1983 that you have found proven?

| | | | |
|---|---|---|---|
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |

| | | | |
|---|---|---|---|
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |
| Linda Swears | Yes_____ | No_____ | $_____ |

**If you answered Question 6(c) "No[,]" as to any of the individual defendants then proceed to Question 6(d).**
**If you answered Question 6(c) "Yes[,]" as to all of the individual defendants then proceed to Question 7.**

6(d). Did plaintiff Milbia Vazquez prove by a preponderance of the evidence that the acts

or omissions of defendant Linda Swears make her personally liable for her subordinates'

violation of the federal constitutional rights of plaintiff Milbia Vazquez?

Yes_____                          No_____

**If you answered Question 6(d) "Yes[,]" then proceed to Question 6(e).**
**If you answered Question 6(d) "No[,]" then proceed to Question 7.**

6(e). What amount of money is necessary to compensate the plaintiff Milbia Vazquez for

the actual harm suffered as a proximate result of Linda Swears's violations of 42 U.S.C. § 1983

that you have found proven?

$_____

## QUESTION SEVEN

7(a). Did plaintiff Milbia Vazquez prove by a preponderance of the evidence that any of

the defendants intended to inflict emotional distress upon her or that any of the defendants knew

or should have known that emotional distress was the likely result of their conduct?

_____Yes_____                          No_____

**If you answered Question 7(a) "Yes[,]" then proceed to Question 7(b).**

**If you answered Question 7(a) "No[,]" then proceed to Question 8.**

7(b). Did plaintiff Milbia Vazquez prove by a preponderance of the evidence that the conduct of any of the defendants was extreme and outrageous beyond all possible bounds of decency and utterly intolerable in a civilized community?

Yes_____          No_____

**If you answered Question 7(b) "Yes[,]" then proceed to Question 7(c).**
**If you answered Question 7(b) "No[,]" then proceed to Question .**

7(c). Did plaintiff Milbia Vazquez prove by a preponderance of the evidence that the actions of any of the defendants caused plaintiff Milbia Vazquez emotional distress?

Yes_____          No_____

**If you answered Question 7(c) "Yes[,]" then proceed to Question 7(d).**
**If you answered Question 7(c) "No[,]" then proceed to Question 8.**

7(d). Did plaintiff Milbia Vazquez prove by a preponderance of the evidence that she sustained emotional distress that is severe and of a nature that no reasonable person could be expected to endure it?

Yes_____          No_____

**If you answered Question 7(d) "Yes[,]" then proceed to Question 7(e).**
**If you answered Question 7(d) "No[,]" then proceed to Question 8.**

7(e). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew them at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 7 as to that defendant. If you answered "No" for any of the individual

defendants please indicate what amount of money is necessary to compensate plaintiff Milbia

Vazquez for the actual harm suffered as a proximate result of that defendant's violation of

Massachusetts tort law that you have found proven?

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

## PLAINTIFF ANTHONY GONZALEZ

## QUESTION EIGHT

8(a). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that any of

the defendants violated his federal constitutional rights to be free from unreasonable force in

violation of 42 U.S.C. § 1983?

Yes_____          No_____

**If you answered Question 8(a) "Yes[,]" then proceed to Question 8(b).**
**If you answered Question 8(a) "No[,]" then proceed to Question 9.**

8(b). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the

actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff

Anthony Gonzalez?

13

Yes_____                    No_____

**If you answered Question 8(b) "Yes[,]" then proceed to Question 8(c).**
**If you answered Question 8(b) "No[,]" then proceed to Question 9.**

8(c). As to each of the individual defendants, do you find that, given the facts and
circumstances as the defendant knew them at the time of his or her actions, the defendant's
actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants
then you have completed Question 8 as to that defendant. If you answered "No" for any of the
individual defendants please indicate what amount of money is necessary to compensate plaintiff
Anthony Gonzalez for the actual harm suffered as a proximate result of that defendant's violation
of 42 U.S.C. § 1983 that you have found proven?

| | | | |
|---|---|---|---|
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |
| Linda Swears | Yes_____ | No_____ | $_____ |

**If you answered Question 8(c) "No[,]" as to any of the individual defendants then proceed**
**to Question 8(d).**
**If you answered Question 8(c) "Yes[,]" as to all of the individual defendants then proceed**
**to Question 9.**

8(d). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the
acts or omissions of defendant Linda Swears make her personally liable for her subordinates'

14

violation of the federal constitutional rights of plaintiff Anthony Gonzalez?

Yes_____                    No_____

**If you answered Question 8(d) "Yes[,]" then proceed to Question 8(e).**
**If you answered Question 8(d) "No[,]" then proceed to Question 9.**

8(e). What amount of money is necessary to compensate plaintiff Anthony Gonzalez for

the actual harm suffered as a proximate result of Linda Swears's violations of 42 U.S.C. § 1983

of Linda Swears that you have found proven?

$_____

## QUESTION NINE

9(a). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that any

of the defendants wrongfully arrested him without probable cause or reasonable ground in

violation of his rights under the Fourth Amendment?

Yes_____                    No_____

**If you answered Question 9(a) "Yes[,]" then proceed to Question 9(b).**
**If you answered Question 9(a) "No[,]" then proceed to Question 10.**

9(b). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the

actions of any of the defendants taken in violation of the Fourth Amendment proximately caused

harm to plaintiff Anthony Gonzalez?

Yes_____                    No_____

**If you answered Question 9(b) "Yes[,]" then proceed to Question 9(c).**
**If you answered Question 9(b) "No[,]" then proceed to Question 10.**

15

9(c). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 9 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Anthony Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42 U.S.C. § 1983 that you have found proven?

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

**QUESTION TEN**

10(a). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that any of the defendants falsely imprisoned him in violation of his federal constitutional rights pursuant to 42 U.S.C. § 1983?

Yes_____          No_____

**If you answered Question 10(a) "Yes[,]" then proceed to Question 10(b).**
**If you answered Question 10(a) "No[,]" then proceed to Question 11.**

16

10(b). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff Anthony Gonzalez?

Yes_____                          No_____

**If you answered Question 10(b) "Yes[,]" then proceed to Question 10(c).**
**If you answered Question 10(b) "No[,]" then proceed to Question 11.**

10 (c). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 10 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Anthony Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42 U.S.C. § 1983 that you have found proven?

Linda Swears          Yes_____     No_____     $_____

Michael Sevigny       Yes_____     No_____     $_____

Jeffrey Howe          Yes_____     No_____     $_____

Kerry Siomos, Jr.     Yes_____     No_____     $_____

Matthew Dibara        Yes_____     No_____     $_____

Alan Ross             Yes_____     No_____     $_____

Thomas Daoust         Yes_____     No_____     $_____

17

## QUESTION ELEVEN

_____11(a). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that

defendants initiated a criminal action against him?

Yes_____                No_____

**If you answered Question 11(a) "Yes[,]" then proceed to Question 11(b).
If you answered Question 11(a) "No[,]" then proceed to Question 12.**

11(b).   Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that

the criminal prosecution ended in his favor?

_____Yes_____                No_____

**If you answered Question 11(b) "Yes[,]" then proceed to Question 11(c).
If you answered Question 11(b) "No[,]" then proceed to Question 12.**

_____11(c). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the

defendants lacked probable cause to initiate the criminal charge against him?_____

_____Yes_____                No_____

**If you answered Question 11(c) "Yes[,]" then proceed to Question 11(d).
If you answered Question 11(c) "No[,]" then proceed to Question 12.**

_____11(d). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the

defendants acted maliciously in initiating the criminal prosecution against him?

Yes_____                No_____ _____

**If you answered Question 11(d) "Yes[,]" then proceed to Question 11(e).
If you answered Question 11(d) "No[,]" then proceed to Question 12.**

_____11(e). As to each of the defendants, do you find that, given the facts and circumstances as

the defendant knew at the time of his or her actions, the defendant's  actions were objectively

reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 11 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Anthony Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort law that you have found proven?

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

**QUESTION TWELVE**

12(a). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that any of the defendants intended to inflict emotional distress upon him or that defendants knew or should have known that emotional distress was the likely result of their conduct?

_____Yes_____                    No_____ _____

**If you answered Question 12(a) "Yes[,]" then proceed to Question 12(b).**
**If you answered Question 12(a) "No[,]" then proceed to Question 13.**

_____12(b). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the conduct of any of the defendants was extreme and outrageous beyond all possible bounds of

decency and utterly intolerable in a civilized community?

Yes_____                    No_____

**If you answered Question 12(b) "Yes[,]" then proceed to Question 12(c).**
**If you answered Question 12(b) "No[,]" then proceed to Question 13.**

12(c). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the

actions of any of the defendants caused him emotional distress?

Yes_____                    No_____

**If you answered Question 12(c) "Yes[,]" then proceed to Question 12(d).**
**If you answered Question 12(c) "No[,]" then proceed to Question 13.**

12(d). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that he

sustained emotional distress that is severe and of a nature that no reasonable person could be

expected to endure it?

Yes_____                    No_____

**If you answered Question 12(d) "Yes[,]" then proceed to Question 12(e).**
**If you answered Question 12(d) "No[,]" then proceed to Question 13.**

_____12(e).  As to each of the defendants, do you find that, given the facts and circumstances as

the defendant knew at the time of his or her actions, the defendant's  actions were objectively

reasonable? If you answered "Yes" for any of the individual defendants then you have completed

Question 12 as to that defendant. If you answered "No" for any of the individual defendants

please indicate what amount of money is necessary to compensate plaintiff Anthony Gonzalez for

the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort

law that you have found proven?

20

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

## QUESTION THIRTEEN

_____13(a). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that any of the defendants used process with respect to him?

_____Yes_____          No_____

**If you answered Question 13(a) "Yes[,]" then proceed to Question 13(b).**
**If you answered Question 13(a) "No[,]" then proceed to Question 14.**

13(b). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the defendants used  process for an ulterior or illegitimate purpose?

_____Yes_____          No_____

**If you answered Question 13(b) "Yes[,]" then proceed to Question 13(c).**
**If you answered Question 13(b) "No[,]" then proceed to Question 14.**

13(c). Did plaintiff Anthony Gonzalez prove by a preponderance of the evidence that the defendants' use of process for an ulterior or illegitimate purpose resulted in damage to him?

Yes_____          No_____

**If you answered Question 13(c) "Yes[,]" then proceed to Question 13(d).**
**If you answered Question 13(c) "No[,]" then proceed to Question 14.**

_____13(d). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 13 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Anthony Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort law that you have found proven?

Linda Swears          Yes_____     No_____     $_____

Michael Sevigny       Yes_____     No_____     $_____

Jeffrey Howe          Yes_____     No_____     $_____

Kerry Siomos, Jr.     Yes_____     No_____     $_____

Matthew Dibara        Yes_____     No_____     $_____

Alan Ross             Yes_____     No_____     $_____

Thomas Daoust         Yes_____     No_____     $_____
_____

**PLAINTIFF ALEXIS GONZALEZ**

**QUESTION FOURTEEN**

14(a). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that any of

the defendants violated his federal constitutional rights to be free from unreasonable force in violation of 42 U.S.C. § 1983?

Yes_____        No_____

**If you answered Question 14(a) "Yes[,]" then proceed to Question 14(b).**
**If you answered Question 14(a) "No[,]" then proceed to Question 15.**

14(b). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff Alexis Gonzalez?

Yes_____        No_____

**If you answered Question 14(b) "Yes[,]" then proceed to Question 14(c).**
**If you answered Question 14(b) "No[,]" then proceed to Question 15.**

14(c). As to each of the individual defendants, do you find that, given the facts and circumstances as the defendant knew them at the time of his actions, the defendant's actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants then you have completed Question 14 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Alexis Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42 U.S.C. § 1983 that you have found proven?

Michael Sevigny        Yes_____    No_____    $_____

Jeffrey Howe        Yes_____    No_____    $_____

Kerry Siomos, Jr.        Yes_____    No_____    $_____

| | | | |
|---|---|---|---|
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |
| Linda Swears | Yes_____ | No_____ | $_____ |

**If you answered Question 14(c) "No[,]" as to any of the individual defendants then proceed to Question 14(d).**
**If you answered Question 14(c) "Yes[,]" as to all of the individual defendants then proceed to Question 15.**

14(d). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the acts or omissions of defendant Linda Swears make her personally liable for her subordinates' violation of the federal constitutional rights of plaintiff Alexis Gonzalez?

Yes_____                    No_____

**If you answered Question 14(d) "Yes[,]" then proceed to Question 14(e).**
**If you answered Question 14(d) "No[,]" then proceed to Question 15.**

14(e). What amount of money is necessary to compensate the plaintiff Alexis Gonzalez for the actual harm suffered as a proximate result of the violations of 42 U.S.C. § 1983 of Linda Swears that you have found proven?

$_____

## QUESTION FIFTEEN

15(a). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that any of the defendants wrongfully arrested him without probable cause or reasonable ground in violation of his rights under the Fourth Amendment?

Yes_____                    No_____

**If you answered Question 15(a) "Yes[,]" then proceed to Question 15(b).**
**If you answered Question 15(a) "No[,]" then proceed to Question 16.**

15(b). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of the Fourth Amendment proximately caused harm to plaintiff Alexis Gonzalez?__

Yes_____                    No_____

**If you answered Question 15(b) "Yes[,]" then proceed to Question 15(c).**
**If you answered Question 15(b) "No[,]" then proceed to Question 16.**

_____15(c). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 15 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Alexis Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort law that you have found proven?

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |

Alan Ross          Yes_____          No_____          $_____

Thomas Daoust      Yes_____          No_____          $_____

## **QUESTION SIXTEEN**

16(a). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that any of the defendants falsely imprisoned him in violation of 42 U.S.C. § 1983?

Yes_____                    No_____

**If you answered Question 16(a) "Yes[,]" then proceed to Question 16(b).**
**If you answered Question 16(a) "No[,]" then proceed to Question 17.**

16(b). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff Alexis Gonzalez?

Yes_____                     No_____

**If you answered Question 16(b) "Yes[,]" then proceed to Question 16(c).**
**If you answered Question 16(b) "No[,]" then proceed to Question 17.**

16(c). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 16 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Alexis Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42 U.S.C. § 1983 that you have found proven?

26

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

## **QUESTION SEVENTEEN**

_____17(a). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that any of the defendants initiated a criminal action against him?

Yes_____                    No_____

**If you answered Question 17(a) "Yes[,]" then proceed to Question 17(b).
If you answered Question 17(a) "No[,]" then proceed to Question 18.**

_____17(b).   Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the criminal prosecution ended in his favor?

_____Yes_____                    No_____

**If you answered Question 17(b) "Yes[,]" then proceed to Question 17(c).
If you answered Question 17(b) "No[,]" then proceed to Question 18.**

_____17(c). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the defendants lacked probable cause to initiate the criminal charges against him?____

_____Yes_____                    No_____

**If you answered Question 17(c) "Yes[,]" then proceed to Question 17(d).**

27

**If you answered Question 17(c) "No[,]" then proceed to Question 18.**

_____17(d). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the defendants acted maliciously in initiating the criminal prosecution against him?

            Yes_____                    No_____

**If you answered Question 17(d) "Yes[,]" then proceed to Question 17(e).**
**If you answered Question 17(d) "No[,]" then proceed to Question 18.**

_____17(e). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 17 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Alexis Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort law that you have found proven?

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

**QUESTION EIGHTEEN**

18(a). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that any of the defendants intended to inflict emotional distress upon him or that any of the defendants knew or should have known that emotional distress was the likely result of their conduct?

_____Yes_____                    No_____ _____

**If you answered Question 18(a) "Yes[,]" then proceed to Question 18(b).**
**If you answered Question 18(a) "No[,]" then proceed to Question 19.**

_____18(b). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the conduct of any of the defendants was extreme and outrageous beyond all possible bounds of decency and utterly intolerable in a civilized community?

                    Yes_____                    No_____

**If you answered Question 18(b) "Yes[,]" then proceed to Question 18(c).**
**If you answered Question 18(b) "No[,]" then proceed to Question 19.**

18(c). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants caused her emotional distress?

                    Yes_____                    No_____

**If you answered Question 18(c) "Yes[,]" then proceed to Question 18(d).**
**If you answered Question 18(c) "No[,]" then proceed to Question 19.**

18(d). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that she sustained emotional distress that is severe and of a nature that no reasonable person could be expected to endure it?

                    Yes_____                    No_____

29

**If you answered Question 18(d) "Yes[,]" then proceed to Question 18(e).**
**If you answered Question 18(d) "No[,]" then proceed to Question 19.**

18(e). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 18 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Alexis Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort law that you have found proven?

Linda Swears          Yes_____     No_____     $_____

Michael Sevigny       Yes_____     No_____     $_____

Jeffrey Howe          Yes_____     No_____     $_____

Kerry Siomos, Jr.     Yes_____     No_____     $_____

Matthew Dibara        Yes_____     No_____     $_____

Alan Ross             Yes_____     No_____     $_____

Thomas Daoust         Yes_____     No_____     $_____

## QUESTION NINETEEN

_____19(a). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that any of the defendants used process with respect to plaintiff Alexis Gonzalez?

_____Yes_____                    No_____

**If you answered Question 19(a) "Yes[,]" then proceed to Question 19(b).**
**If you answered Question 19(a) "No[,]" then proceed to Question 20.**

30

19(b). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that any of the defendants used process for an ulterior or illegitimate purpose?

_____Yes_____                    No_____

**If you answered Question 19(b) "Yes[,]" then proceed to Question 19(c).**
**If you answered Question 19(b) "No[,]" then proceed to Question 20.**

19(c). Did plaintiff Alexis Gonzalez prove by a preponderance of the evidence that the any of the defendants' use of process for an ulterior or illegitimate purpose resulted in damage to him?

Yes_____                    No_____ _____

**If you answered Question 19(c) "Yes[,]" then proceed to Question 19(d).**
**If you answered Question 19(c) "No[,]" then proceed to Question 20.**

19(d). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 19 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Alexis Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort law that you have found proven?

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |

31

Matthew Dibara      Yes_____      No_____      $_____

Alan Ross           Yes_____      No_____      $_____

Thomas Daoust       Yes_____      No_____      $_____


## PLAINTIFF ALEXANDER GONZALEZ

### QUESTION TWENTY

20(a). Did plaintiff Alexander Gonzalez prove by a preponderance of the evidence that any of the defendants violated his federal constitutional rights to be free from unreasonable force in violation of 42 U.S.C. § 1983?

Yes_____                     No_____

**If you answered Question 20(a) "Yes[,]" then proceed to Question 20(b).**
**If you answered Question 20(a) "No[,]" then proceed to Question 21.**

20(b). Did plaintiff Alexander Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff Alexander Gonzalez?

Yes_____                     No_____

**If you answered Question 20(b) "Yes[,]" then proceed to Question 20(c).**
**If you answered Question 20(b) "No[,]" then proceed to Question 21.**

20(c).   As to each of the individual defendants, do you find that, given the facts and circumstances as the defendant knew them at the time of his actions, the defendant's actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants then you

have completed Question 20 as to that defendant. If you answered "No" for any of the individual

defendants please indicate what amount of money i necessary to compensate plaintiff Alexander

Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42

U.S.C. § 1983 that you have found proven?

| | | | |
|---|---|---|---|
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |
| Linda Swears | Yes_____ | No_____ | $_____ |

**If you answered Question 20(c) "No[,]" as to any of the individual defendants then proceed
to Question 20(d).
If you answered Question 20(c) "Yes[,]" as to all of the individual defendants then proceed
to Question 21.**

20(d). Did plaintiff Alexander Gonzalez prove by a preponderance of the evidence that

the acts or omissions of defendant Linda Swears make her personally liable for her subordinates'

violation of the federal constitutional rights of plaintiff Alexander Gonzalez?

                Yes_____                    No_____

**If you answered Question 20(d) "Yes[,]" then proceed to Question 20(e).
If you answered Question 20(d) "No[,]" then proceed to Question 21.**

20(e). What amount of money is necessary to compensate the plaintiff Alexander

Gonzalez for the actual harm suffered as a proximate result of the violations of 42 U.S.C. § 1983

of Linda Swears that you have found proven?

$_____

_____

## QUESTION TWENTY ONE

21(a). Did plaintiff Alexander Gonzalez prove by a preponderance of the evidence that any defendants falsely imprisoned him in violation of 42 U.S.C. § 1983?

Yes_____          No_____

**If you answered Question 21(a) "Yes[,]" then proceed to Question 21(b).**
**If you answered Question 21(a) "No[,]" then proceed to Question 22.**

21(b). Did plaintiff Alexander Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of § 1983 proximately cause harm to plaintiff Alexander Gonzalez?

Yes_____          No_____

**If you answered Question 21(b) "Yes[,]" then proceed to Question 21(c).**
**If you answered Question 21(b) "No[,]" then proceed to Question 22.**

21(c).As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 21 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Alexander Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42 U.S.C. § 1983 that you have found proven?

Linda Swears          Yes_____          No_____          $_____

| | | | |
|---|---|---|---|
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

## QUESTION TWENTY TWO

22(a). Did plaintiff Alexander Gonzalez prove by a preponderance of the evidence that any of the defendants intended to inflict emotional distress upon him or that defendants knew or should have known that emotional distress was the likely result of their conduct?

_____Yes_____                         No_____ _____

**If you answered Question 22(a) "Yes[,]" then proceed to Question 22(b).**
**If you answered Question 22(a) "No[,]" then proceed to Question 23.**
_____

_____22(b). Did plaintiff Alexander Gonzalez prove by a preponderance of the evidence that the conduct of any of the defendants was extreme and outrageous beyond all possible bounds of decency and utterly intolerable in a civilized community?

Yes_____                         No_____

**If you answered Question 22(b) "Yes[,]" then proceed to Question 22(c).**
**If you answered Question 22(b) "No[,]" then proceed to Question 23.**

22(c). Did plaintiff Alexander Gonzalez prove by a preponderance of the evidence that the actions of defendants caused him emotional distress?

35

Yes_____                    No_____

**If you answered Question 22(c) "Yes[,]" then proceed to Question 22(d).**
**If you answered Question 22(c) "No[,]" then proceed to Question 23.**

22(d). Did plaintiff Alexander Gonzalez prove by a preponderance of the evidence that he

sustained emotional distress that is severe and of a nature that no reasonable person could be

expected to endure it?

Yes_____                    No_____

**If you answered Question 22(d) "Yes[,]" then proceed to Question 22(e).**
**If you answered Question 22(d) "No[,]" then proceed to Question 23.**

22(e).  As to each of the defendants, do you find that, given the facts and circumstances as

the defendant knew at the time of his or her actions, the defendant's  actions were objectively

reasonable? If you answered "Yes" for any of the individual defendants then you have completed

Question 22 as to that defendant. If you answered "No" for any of the individual defendants

please indicate what amount of money is necessary to compensate plaintiff Alexander Gonzalez

for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts

tort law that you have found proven?

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |

Thomas Daoust          Yes_____          No_____          $_____

## PLAINTIFF ADRIAN GONZALEZ

## QUESTION TWENTY THREE

23(a).Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that any of the defendants violated her federal constitutional rights to be free from unreasonable force  in violation of 42 U.S.C. § 1983?

Yes_____                    No_____

**If you answered Question 23(a) "Yes[,]" then proceed to Question 23(b).**
**If you answered Question 23(a) "No[,]" then proceed to Question 24.**

23(b). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff Adrian Gonzalez?

Yes_____                    No_____

**If you answered Question 23(b) "Yes[,]" then proceed to Question 23(c).**
**If you answered Question 23(b) "No[,]" then proceed to Question 24.**

23(c). As to each of the individual defendants, do you find that, given the facts and circumstances as the defendant knew them at the time of his actions, the defendant's actions were objectively reasonable?  If you answered "Yes" for any of the individual defendants then you have completed Question 23 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Adrian Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42

U.S.C. § 1983 that you have found proven?

| | | | |
|---|---|---|---|
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |
| Linda Swears | Yes_____ | No_____ | $_____ |

**If you answered Question 23(c) "No[,]" as to any of the individual defendants then proceed to Question 23(d).**
**If you answered Question 23(c) "Yes[,]" as to all of the individual defendants then proceed to Question 24.**

23(d). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that the action or inaction of defendant Linda Swears in the training, supervision or control of her subordinates make her personally liable for the violation of the federal constitutional rights of plaintiff Adrian Gonzalez?

Yes_____                    No_____

**If you answered Question 23(d) "Yes[,]" then proceed to Question 23(e).**
**If you answered Question 23(d) "No[,]" then proceed to Question 24.**

23(e). What amount of money is necessary to compensate the plaintiff Adrian Gonzalez for the actual harm suffered as a proximate result of the violations of 42 U.S.C. § 1983 of Linda Swears that you have found proven?

$_____

**QUESTION TWENTY FOUR**

24(a). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that any of the defendants wrongfully arrested him without probable cause or reasonable ground in violation of his rights under the Fourth Amendment?

Yes_____                No_____

**If you answered Question 24(a) "Yes[,]" then proceed to Question 24(b).**
**If you answered Question 24(a) "No[,]" then proceed to Question 25.**

24(b). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of the Fourth Amendment proximately caused him harm?_____

Yes_____                No_____

**If you answered Question 24(b) "Yes[,]" then proceed to Question 24(c).**
**If you answered Question 24(b) "No[,]" then proceed to Question 25.**

_____24(c). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 24 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Adrian Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of 42 U.S.C. § 1983 that you have found proven?

Linda Swears          Yes_____          No_____          $_____

| | | | |
|---|---|---|---|
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

## QUESTION TWENTY FIVE

25(a). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that any of the defendants falsely imprisoned him in violation of 42 U.S.C. § 1983?

Yes_____                    No_____

**If you answered Question 25(a) "Yes[,]" then proceed to Question 25(b).**
**If you answered Question 25(a) "No[,]" then proceed to Question 26.**

25(b). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that the actions of any of the defendants taken in violation of § 1983 proximately caused harm to plaintiff Adrian Gonzalez?

Yes_____                    No_____

**If you answered Question 25(a) "Yes[,]" then proceed to Question 25(b).**
**If you answered Question 25(a) "No[,]" then proceed to Question 26.**

25(c). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's  actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 24 as to that defendant. If you answered "No" for any of the individual defendants

please indicate what amount of money is necessary to compensate plaintiff Adrian Gonzalez for

the actual harm suffered as a proximate result of that defendant's violation of 42 U.S.C. § 1983

that you have found proven?

Linda Swears           Yes_____      No_____      $_____

Michael Sevigny        Yes_____      No_____      $_____

Jeffrey Howe           Yes_____      No_____      $_____

Kerry Siomos, Jr.      Yes_____      No_____      $_____

Matthew Dibara         Yes_____      No_____      $_____

Alan Ross              Yes_____      No_____      $_____

Thomas Daoust          Yes_____      No_____      $_____


## QUESTION TWENTY SIX

_____26(a). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that  any

of the defendants initiated a criminal action against him?

          Yes_____                    No_____

**If you answered Question 26(a) "Yes[,]" then proceed to Question 26(b).**
**If you answered Question 26(a) "No[,]" then proceed to Question 27.**
_____

          26(b).  Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that the

criminal prosecution ended in his favor?

_____Yes_____                 No_____

**If you answered Question 26(b) "Yes[,]" then proceed to Question 26(c).**
**If you answered Question 26(b) "No[,]" then proceed to Question 27.**

_____26(c). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that

41

defendants lacked probable cause to initiate the criminal charge against him?_____

_____Yes_____                    No_____

**If you answered Question 26(c) "Yes[,]" then proceed to Question 26(d).**
**If you answered Question 26(c) "No[,]" then proceed to Question 27.**

_____26(d). Did the defendants act maliciously in initiating the criminal prosecution against

plaintiff Adrian Gonzalez?

            Yes_____                    No_____

_____

**If you answered Question 26(d) "Yes[,]" then proceed to Question 26(e).**
**If you answered Question 26(d) "No[,]" then proceed to Question 27.**

26(e). As to each of the defendants, do you find that, given the facts and circumstances as

the defendant knew at the time of his or her actions, the defendant's  actions were objectively

reasonable? If you answered "Yes" for any of the individual defendants then you have completed

Question 26 as to that defendant. If you answered "No" for any of the individual defendants

please indicate what amount of money is necessary to compensate plaintiff Adrian Gonzalez for

the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort

law that you have found proven?

| | | | |
|---|---|---|---|
| Linda Swears | Yes_____ | No_____ | $_____ |
| Michael Sevigny | Yes_____ | No_____ | $_____ |
| Jeffrey Howe | Yes_____ | No_____ | $_____ |
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |

Alan Ross                Yes_____          No_____          $_____

Thomas Daoust            Yes_____          No_____          $_____
_____

**QUESTION TWENTY SEVEN**_____

      27(a). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that any of

the defendants intended to inflict emotional distress upon Adrian Gonzalez or did defendants

know or should they have known that emotional distress was the likely result of their conduct?

_____Yes_____                    No_____

_____

        **If you answered Question 27(a) "Yes[,]" then proceed to Question 27(b).**
        **If you answered Question 27(a) "No[,]" then proceed to Question 28.**
_____

_____27(b). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that the

conduct of any of the defendants was extreme and outrageous beyond all possible bounds of

decency and utterly intolerable in a civilized community?

      Yes_____                    No_____

        **If you answered Question 27(b) "Yes[,]" then proceed to Question 27(c).**
        **If you answered Question 27(b) "No[,]" then proceed to Question 28.**

      27(c). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that the

actions of any of the defendants caused his emotional distress?

      Yes_____                    No_____

        **If you answered Question 27(c) "Yes[,]" then proceed to Question 27(d).**
        **If you answered Question 27(c) "No[,]" then proceed to Question 28.**

      27(d). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that he

sustained emotional distress that is severe and of a nature that no reasonable person could be

expected to endure it?

Yes_____                                    No_____

**If you answered Question 27(d) "Yes[,]" then proceed to Question 27(e).**
**If you answered Question 27(d) "No[,]" then proceed to Question 28.**

27(e).  As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's  actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 27 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Adrian Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort law that you have found proven?

Linda Swears          Yes_____          No_____          $_____

Michael Sevigny       Yes_____          No_____          $_____

Jeffrey Howe          Yes_____          No_____          $_____

Kerry Siomos, Jr.     Yes_____          No_____          $_____

Matthew Dibara        Yes_____          No_____          $_____

Alan Ross             Yes_____          No_____          $_____

Thomas Daoust         Yes_____          No_____          $_____

## QUESTION TWENTY EIGHT

_____28(a). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that any of the defendants used process with respect to Adrian Gonzalez?_____

_____Yes_____                          No_____

44

**If you answered Question 28(a) "Yes[,]" then proceed to Question 28(b).**
**If you answered Question 28(a) "No[,]" then proceed to Question 29.**


28(b). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that any of the defendants used process for an ulterior or illegitimate purpose?

_____Yes_____                 No_____

**If you answered Question 28(b) "Yes[,]" then proceed to Question 28(c).**
**If you answered Question 28(b) "No[,]" then proceed to Question 29.**

28(c). Did plaintiff Adrian Gonzalez prove by a preponderance of the evidence that any of the defendant's use of process for an ulterior or illegitimate purpose resulted in damage to him?


Yes_____                 No_____

**If you answered Question 28(c) "Yes[,]" then proceed to Question 28(d).**
**If you answered Question 28(c) "No[,]" then you have completed the verdict slip.**

28(d). As to each of the defendants, do you find that, given the facts and circumstances as the defendant knew at the time of his or her actions, the defendant's actions were objectively reasonable? If you answered "Yes" for any of the individual defendants then you have completed Question 28 as to that defendant. If you answered "No" for any of the individual defendants please indicate what amount of money is necessary to compensate plaintiff Adrian Gonzalez for the actual harm suffered as a proximate result of that defendant's violation of Massachusetts tort law that you have found proven?

Linda Swears          Yes_____     No_____     $_____

Michael Sevigny       Yes_____     No_____     $_____

Jeffrey Howe          Yes_____     No_____     $_____

| | | | |
|---|---|---|---|
| Kerry Siomos, Jr. | Yes_____ | No_____ | $_____ |
| Matthew Dibara | Yes_____ | No_____ | $_____ |
| Alan Ross | Yes_____ | No_____ | $_____ |
| Thomas Daoust | Yes_____ | No_____ | $_____ |

_____

PLEASE SIGN AND DATE BELOW:

DATE_____        FOREPERSON_____

_____

The Defendants, Linda Swears, Michael Sevigny,
Jeffrey Howe, Kerry Siomos, Jr., Matthew Dibara,
Alan Ross and Thomas Daoust
By their attorney,


/s/ Austin M. Joyce
_____
Austin M. Joyce, Esq.
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Verdict Slip, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on January 12, 2007.


<u>/s/ Austin M. Joyce</u>
Austin M. Joyce