## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

AIDA GONZALEZ, et. al.,

      Plaintiff,                               CIVIL ACTION
v.                                           NO.   04-40018-FDS

CITY OF FITCHBURG, et. al.,

      Defendants,

### AMENDED REPORT RE: REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

TO: JUDGE SAYLOR

HILLMAN, M.J.

On  __January 11, 2007__   I held the following ADR proceeding:

| | | | |
|---|---|---|---|
| ____ | EARLY NEUTRAL EVALUATION | _X_ | MEDIATION |
| ____ | MINI-TRIAL | ____ | SUMMARY JURY TRIAL |
| ____ | SETTLEMENT CONFERENCE | | |

The parties were present in person or by an authorized corporate officer .

The case was:

(X)    Settled.  Your clerk should enter a _30_  day order of dismissal.
(  )    There was progress.  A further conference has been scheduled for _____.
         unless the case is reported settled prior to that date.
(  )    Further efforts to settle this case at this time are, in my judgment, unlikely to be
         productive.  This case should be restored to your trial list.


January 12, 2006                                /s/ Timothy S. Hillman
Date                                            TIMOTHY S. HILLMAN, M.J.