UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Gonzalez,</u>
       Plaintiff(s),

V.

CIVIL ACTION

NO. <u>04-40018-FDS</u>

<u>City of Fitchburg,</u>
       Defendant(s),

<u>SETTLEMENT ORDER OF DISMISSAL</u>

<u>Saylor, D. J.</u>

    The Court having been advised on   <u>January 12, 2007</u>   that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

  <u>January 12, 2007</u>                 <u>/s/ Martin Castles</u>
       Date                                 Deputy Clerk