UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AIDA GONZALEZ, et al., : | Civil Action No. 04-40018-FDS |
|     Plaintiffs : | |
| v. : | |
| : | |
| CITY OF FITCHBURG, et al., : | |
|     Defendants. : | |

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (a) (1) (ii), hereby stipulate that all claims against defendants, Linda Swears, Michael Sevigny, Jeffrey Howe, Kerry Siomos, Jr., Matthew DiBara, Alan Ross, Thomas Daoust, be dismissed with prejudice and with each party bearing its own costs.

Dated: Jan 31, 2007

THE DEFENDANTS
Linda Swears, Michael Sevigny, Jeffrey Howe, Kerry Siomos, Jr., Matthew DiBara, Alan Ross, and Thomas Daoust
By their attorney

_/s/ Austin M. Joyce_
Austin M. Joyce, Esq.
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285

THE PLAINTIFFS
Aida Gonzalez, Antonio Gonzalez, Milbia Vazquez, Anthony Gonzalez, Alexis Gonzalez, Alexander Gonzalez, Adrian Gonzalez,
By their attorney

Dated: 1/30/07

_____
Andrew M. Fischer, Esq.
Jason & Fischer
47 Winter Street
Boston, MA 02108
(617) 423-7904